*v. Wyeth*, No. 5:03-CV-217-C (N.D. Tex. Jan. 27, 2004) (Exhibit F-10); *Hodge v. Wyeth*, No. C-02-271 (S.D. Tex. July 5, 2002) (Exhibit F-11). Wyeth respectfully submits that the substantial majority position is the better reasoned. The minority opinions uniformly ignored the overwhelming publicity associated with the Class notice campaign in the Spring of 2000. The minority also failed to address why it was "impossible or exceedingly difficult" for plaintiffs to have learned of their alleged injuries.

The overwhelming amount of publicity surrounding the diet drugs and heart problems gave Plaintiffs everything they needed to know to discover their alleged injuries. Most significantly, it told them they might be injured and yet not have symptoms. It was precisely *because* diet drug users could not diagnose themselves that numerous different sources — Wyeth, the FDA, HHS, the official Court Notice of the Settlement, the media, and hundreds of attorney advertisements — told diet drug users to get echocardiograms because they might have asymptomatic heart injuries. Yet Plaintiffs ignored these warnings, and waited up to five years or more after the last date they could have taken the diet drugs to investigate their claims. Under these circumstances, Plaintiffs' claims against the Physician Defendants are time-barred as a matter of law.

        c.      Plaintiffs have presented no competent evidence that it was impossible or exceedingly difficult to discover their injuries.

The specific and detailed publicity Wyeth has submitted obliged Plaintiffs to respond with specific, concrete evidence of their own. Plaintiffs, however, have submitted *no* evidence at all to rebut Wyeth's publicity evidence. None of Plaintiffs have established a "reasonable" possibility that their claims against the defendant doctors can survive the doctors' statute of limitations defense.

3.    *Fraudulent concealment does not save Plaintiffs' claims.*

Plaintiffs rely upon the doctrine of fraudulent concealment in their petitions. Fraudulent concealment is not a cause of action *per se*, but is an equitable doctrine that, in the proper case, estops a defendant from relying on the statute of limitations. *Bordelon v. Peck*, 661 S.W.2d 907, 908 (Tex. 1983). "[P]roof of fraudulent concealment requires more than evidence that the physician failed to use ordinary care; it also requires evidence that the defendant *actually knew the Plaintiffs were in fact wronged, and concealed that fact* to deceive the Plaintiffs." *Earle v. Ratliff*, 998 S.W.2d 882, 888 (Tex. 1999) (emphasis added).

Plaintiffs do not allege in their petitions that the Physician Defendants knew Plaintiffs had been injured. They merely allege that the defendants "fraudulently concealed their wrongful conduct from Plaintiffs," "had actual knowledge of the defective and dangerous nature of the subject diet drugs," and "continued to perpetrate their wrongful conduct with the intent and fixed purpose of concealing their wrongs from Plaintiffs and the public at large." *See* Plaintiffs' Master Petitions in Tarrant and Harris Counties, attached as Exhibits E and H to this Memorandum. As the Court held in *Ross* (PTO 3207), such an allegation falls short of pleading that "the defendant had actual knowledge that he . . . caused the injury." *Ross* at 9.

This Court also rejected similar fraudulent concealment claims in *Stanger* (PTO 2876), in which it found that the plaintiffs' claims against the physician defendants were barred by Utah's four-year statute of repose. *Id.* at 9. While the plaintiffs conceded that they ingested diet drugs more than four years prior to filing suit, they contended that the doctrine of fraudulent concealment tolled the statute of repose. This Court rejected this

contention, finding that the "Plaintiffs are simply averring negligence against these defendants." *Id.* at 11. This Court explained: "Plaintiffs have nowhere properly alleged that the in-state physicians or pharmacy at any time 'ha[ve] affirmatively acted to fraudulently conceal the[ir] alleged misconduct.'" *Id.* (citation omitted). While the Court's decision there was based upon Utah law, the reasoning is applicable here.

The United States District Court for the Northern District of Texas in *Cantrell* rejected a similar attempt to recast a (groundless) claim of medical negligence as a charge of fraudulent concealment:

> [Plaintiff], in a creative attempt to save her claim[s] from the statute of limitations, has attempted to burnish those claim[s] with the patina of fraudulent concealment. However, absent a showing that [her doctor] had actual knowledge of — and concealed — an injury, [plaintiff's] naked claims of medical negligence are plainly insufficient to demonstrate fraudulent concealment. [citation omitted] Nowhere has [plaintiff] set forth factual allegations showing that [her doctor] had a fixed purpose to conceal from [plaintiff] — or acted affirmatively to prevent [plaintiff] from discovering — that she was injured as a result of taking diet drugs. In her amended petition and her memorandum in support of the motion to remand, [plaintiff] simply makes the conclusory allegations that [her doctor] fraudulently concealed both the dangers of Pondimin and Redux and the need for [plaintiff] to undergo an echocardiogram or cardiovascular examinations. She fails, however, to provide any factual basis to support these allegations. Accordingly, the court — after piercing the pleadings to determine the question of fraudulent joinder — concludes that [plaintiff] has failed to carry her burden of showing that [her doctor] actually knew [plaintiff] was injured by the diet drugs in question, or that [her doctor] willfully concealed that fact in order to deceive [plaintiff].

*Cantrell*, Exhibit F-1 to this Memorandum, at 11. Plaintiffs here likewise allege simple negligence, not fraudulent concealment, on the part of the physicians.

Finally, even when it does apply, fraudulent concealment does not excuse a plaintiff from ignoring information that would put a reasonable person on notice of her injury. *See Santanna Nat. Gas Corp. v. Hamon Operating Co.*, 954 S.W.2d 885, 891

(Tex. App.—Austin 1997, writ denied).   Instead, it "merely defers the statute of limitations *until the plaintiff learns or in the exercise of reasonable diligence should have learned* of the facts that give rise to its cause of action." *Id.* (emphasis added).   Plaintiffs knew, or in the exercise of reasonable diligence should have known, of the facts giving rise to their causes of action more than two years before they filed suit in or after May 2003.   They unquestionably knew that they had taken diet drugs.   And due to the news reports and other public notice of the link between diet drugs and asymptomatic heart valve regurgitation, discussed in the Notices of Removal, Plaintiffs knew or should have known of the need to get echocardiograms more than two years before they filed suit. Had Plaintiffs obtained this simple, non-invasive test, they would have learned of any diet drug related injuries at that time, since, as noted above, this type of injury is not latent and would have been detected. *See French* (PTO 3281), at 12–13; *Ferrell* (PTO 2996), at 7–8.

For all of the reasons stated above, the Physician Defendants are fraudulently joined, and Wyeth therefore requests this Court to dismiss all Plaintiffs' claims against the Physician Defendants.

## C. Plaintiff Thibodeaux's Claims against the Pharmacy Defendant Are Also Barred as a Matter of Law.

In one of the cases at issue here, *Janis C. Thibodeaux v. Wyeth*, C.A. No. 2:04-CV-20552-HB, identified in Column F of Appendix 1, the Plaintiff named a non-diverse Pharmacy Defendant, Daleo Pharmacy.   This defendant has been fraudulently joined.

### 1.   *Plaintiff has pled no actionable facts against the Pharmacy Defendant.*

The fraudulent joinder of the Pharmacy Defendant is established by Plaintiff's failure to state any actionable facts specific to the pharmacy.   Plaintiff identifies this

defendant only in the "Parties" section of the live pleading. This defendant is not mentioned anywhere else in the petition, and the claims in Plaintiff's petition do not specifically refer to the Pharmacy Defendant. A plaintiff's failure to allege actionable facts against a non-diverse defendant demonstrates fraudulent joinder. *Cavallini v. State Farm Mut. Auto Ins. Co.*, 44 F.3d 256, 261 (5th Cir. 1995); *Batoff v. State Farm Ins. Co.*, 977 F.2d 848, 851 (3rd Cir. 1992); *Boyer v. Snap-On Tools Corp.*, 913 F.2d 108, 111 (3rd Cir. 1990); *Abels v. State Farm Fire & Cas. Co.*, 770 F.2d 26, 32 (3rd Cir. 1985).

In *Cavallini*, the Texas plaintiffs sued State Farm, an Illinois corporation, and Larry Cunningham, a State Farm agent residing in Texas. State Farm and Cunningham removed the case to federal court, claiming that Cunningham's joinder was fraudulent. The district court agreed, holding that the state court petition (complaint) "did not allege a cause of action against ... Cunningham." *Cavallini*, 44 F.3d at 259. The court of appeals affirmed.

The *Cavallini* court examined the allegations in plaintiffs' petition and held that none of the allegations could support a claim against Cunningham under Texas law. Pertinent to the court's holding was that, although the Cavallinis' claims generically referred to "Defendants," these claims made no mention of Cunningham, nor did they include any factual allegations directed at Cunningham. *Id.* at 260. The district court in *Cavallini* observed the following with respect to plaintiffs-appellants' assertion that they had stated a claim against the individual Texas resident defendant:

> Other than listing his name and address for purposes of service, the petition does not specifically mention . . . Cunningham at all. The petition does contain a prayer for exemplary damages for "the gross misrepresentations made by the Defendants." *Absent any factual allegations however,* the prayer standing alone cannot support a cause of action against Cunningham.

*Cavallini*, 44 F.3d at 260 (emphasis added). Additionally, certain factual allegations made clear that the claims were specifically directed toward State Farm, and not towards Cunningham. *Id.* The damages allegations in the petition likewise failed to mention Cunningham, and specifically referred to State Farm. *Id.* at 261.

 *Griggs v. State Farm Lloyds, et al.*, 181 F.3d 694 (5th Cir. 1999), is also on all fours with this case. In *Griggs*, a Texas plaintiff sued State Farm Lloyds and Lark Blum, a State Farm agent who resided in Texas. State Farm removed the case, contending that Blum was fraudulently joined. The Fifth Circuit upheld the district court's denial of plaintiff's motion to remand, observing that plaintiff's original and amended petitions "allege no actionable facts specific to Blum." *Id.* at 699. The court rejected plaintiff's contention that Texas law regarding "notice pleading" relieved him of the obligation to state a cause of action against Blum, "We cannot say that Griggs' petition, which mentions Blum once in passing, then fails to state any specific actionable conduct on her part whatsoever, meets even the liberalized requirements that permit notice pleadings." *Id.*

 As in *Cavallini* and *Griggs*, Plaintiff's petition in this case "does not contain allegations which could support a claim under Texas law" against the Pharmacy Defendant. *See Cavallini*, 44 F.3d at 260. Other than the language referenced above, *none* of the allegations in Plaintiff's petition even mention this defendant by category, much less by name. Nor does the petition even suggest that the claims are directed at this defendant. To the contrary, Plaintiff's allegations themselves make clear that this defendant is excluded from her claims. Plaintiff simply has not pled any actionable facts against the Pharmacy Defendant, and thus that defendant is fraudulently joined.

2.    *Furthermore, Texas law precludes claims against a pharmacy for properly filling a physician's prescription.*

Plaintiff's claims against the Pharmacy Defendant are unsustainable for another reason as well. Texas courts have held that there is no claim against a pharmacy where, as here, the pharmacy has accurately filled a doctor's prescription. *Morgan v. Wal-Mart Stores, Inc.*, 30 S.W.3d 455, 461 (Tex. App.—Austin 2000, pet. denied). Attempts to extend the pharmacy's duty to patients to warn them of potential side effects or risks have been rejected. *Id.* This Court has held that plaintiffs in diet drug cases cannot defeat removal by joining pharmacies. *See Accadia*, PTO 3666, slip op. at 27–29 (construing Texas law); *see also Anderson v. American Home Prods. Corp.*, 220 F. Supp. 2d 414, 423–24 (E.D. Pa. 2002) (applying Mississippi law). Therefore, there is no reasonable basis for a claim against the Pharmacy Defendant, which is fraudulently joined.

3.    *Plaintiff's claims against the Pharmacy Defendant are barred by the statute of limitations.*

Even if Plaintiff had pled legally viable claims against the Pharmacy Defendant, those claims would be barred by the applicable statutes of limitations. The statute of limitations for Plaintiff's tort claims against the pharmacy is two years. TEX. CIV. PRAC. & REM. CODE § 16.003(a). The statute of limitations on Plaintiff's breach of warranty claims is four years. TEX. BUS. & COM. CODE ANN. § 2.725(a). However, the limitations period for breach of warranty runs from the date of delivery of the drug to the patients, which was September 1997, at the latest. *Williams v. Upjohn Co.*, 153 F.R.D. 110 (S.D. Tex. 1994). The diet drugs were withdrawn from the market in September 1997, so Plaintiff could not have received the drugs after that date. Even if Plaintiff were entitled to invoke the discovery rule, the extensive publicity detailed above starting in September

of 1997 put all former diet drug users on notice of their potential claims. *See, e.g.,* *Gentry v. Wyeth*, No. 5:04-CV-99 (E.D. Tex. June 14, 2004), attached to this Memorandum as Exhibit F-12. Thus, the limitations period began to run, at the latest, in September 1997 and expired, at the latest, in 1999. Because Plaintiff waited until May 2003 to file suit, her claims against the Pharmacy Defendant are barred.

**D.    Corporate Employees Clayton Lacy and Frank Bedrick, as well as the Sales Representative Defendants, Are Fraudulently Joined.**

In their original petitions, all Plaintiffs named two Texas Wyeth managerial employees, Clayton Lacy and Frank Bedrick, as defendants. On June 23, 2003, Wyeth removed the first of the hundreds of cases Plaintiffs' counsel filed in Texas state courts in May 2003. *See* Docket Report in *Adele Giordano v. Wyeth, et al.*, No. 03-CV-2211 (S.D. Tex., Houston Division), attached as Exhibit C to this Memorandum. Three days later, Plaintiffs' counsel began amending their petitions in state court to join multiple sales representative defendants in an attempt to defeat diversity jurisdiction. *See* Plaintiff's First Amended Petition in *Patty Lynette Cooley v. Wyeth, et al.*, Cause No. 2003-28779, in the 190th Judicial District Court of Harris County, Texas, attached as Exhibit D to this Memorandum.

As a result, Plaintiffs have named sales representative defendants in 267 of the cases under consideration, which cases are identified in Column H of Appendix 1 to this Memorandum. At least eight of the sales representatives named were not even Texas residents, as Plaintiffs had alleged.[25] Three other named defendants, Michelle (Herren)

---

[25] Specifically, Kelly Lindsey, Jeanine Kovalcik Stubbs, Karen Cox, Heidi Rolufs, Eric Lofstrom, David Anderson, Lesley Sanders, and Patrick Tyrrell were all citizens of other states when Plaintiffs filed their lawsuits. *See* Declarations attached to this Memorandum as Exhibits I-34, I-58, I-59, I-16, I-35 I-3, I-54, & I-52.

Pavelec, James Edmondson, and Steve Sneider, were never employed by Wyeth, but worked for Interneuron, which is not even a party to these cases.[26] *See* Declarations of Michelle Pavelec and James Edmondson, attached as Exhibits I-21 and I-45 to this Memorandum. One of the sales representatives named, Virginia Ellis, had been deceased for years at the time Plaintiffs filed their lawsuits. *See* Certificate of Debra Owens, attached as Exhibit I-22 to this Memorandum. In any event, all of these corporate employees and sales representatives are fraudulently joined.

    1.    *The corporate employees and sales representatives have already been dismissed in twelve of the cases under consideration.*

In twelve of the cases at issue here, the transferor court dismissed Lacy, Bedrick, and/or sales representatives on its own motion. Specifically, the following individual defendants have already been dismissed in the following cases:

    a.    *Elizabeth Ann Auippa v. Wyeth*, C.A. No. 4:03-CV-02622 (S.D. Tex.) (Lacy, Bedrick, Lorch, & Falke dism'd on 7/28/03);

    b.    *Patricia Baldwin v. Wyeth*, C.A. No. 4:03-CV-02609 (S.D. Tex.) (Lacy & Bedrick dism'd on 7/22/03);

    c.    *Frank Bertucci v. Wyeth*, C.A. No. 4:03-CV-02638 (S.D. Tex.) (Lacy, Bedrick, Pullin, & Cox dism'd on 7/22/03);

---

[26] Michelle (Herren) Pavelec, James Edmondson, and Steve Sneider worked for an unaffiliated corporation, Interneuron. *See, e.g.,* Declarations of Michelle Pavelec and James Edmondson, attached as Exhibits I-21 and I-45 to this Memorandum. Any claims against them are barred by a statute of limitations. Again, Pondimin and Redux were withdrawn from the market in September 1997. Furthermore, as explained in Wyeth's Notices of Removal, the widespread publicity about the subject diet drugs in Plaintiffs' geographic area put Plaintiffs on notice that they needed to investigate any potential claims in 1997. Even the types of claims Plaintiffs generally allege against "Defendants" are barred within two- and four-year limitation periods. Wyeth pointed out in its Notices of Removal that these individuals were not Wyeth detailers. Plaintiffs have simply ignored this fact.

d.      *Sara Elmore v. Wyeth*, C.A. No. 4:03-CV-02615 (S.D. Tex.) (Lacy, Bedrick, Honeycutt, & Howard dism'd on 7/22/03);

e.      *Karen Farve v. Wyeth*, C.A. No. 4:03-CV-02657 (S.D. Tex.) (Lacy, Bedrick, Fitzgerald, & Clark dism'd on 7/29/03);

f.      *Harold Green v. Wyeth*, C.A. No. 4:03-CV-02205 (S.D. Tex.) (Lacy & Bedrick dism'd on 7/1/03);

g.      *King Lane v. Wyeth*, C.A. No. 4:03-CV-02408 (S.D Tex.) (Lacy & Bedrick dism'd on 7/15/03);

h.      *Louis Morella v. Wyeth*, C.A. No. 4:03-CV-02262 (S.D. Tex.) (Lacy & Bedrick dism'd on 7/1/03);

i.      *Susan R. Riley v. Wyeth*, C.A. No. 4:03-CV-02468 (S.D. Tex.) (Lacy & Bedrick dism'd on 7/22/03);

j.      *Angelina Rivera v. Wyeth*, C.A. No. 4:03-CV-02460 (S.D. Tex.) (Lacy & Bedrick dism'd on 7/30/03);

k.      *Phyllis N. Samz v. Wyeth*, C.A. No. 4:03-CV-02658 (S.D. Tex.) (Lacy, Bedrick, Lindsay & Howard dism'd on 7/29/03); and

l.      *Sandra Tryon v. Wyeth*, C.A. No. 4:03-CV-02517 (S.D. Tex.) (Lacy & Bedrick dism'd on 7/22/03).

2.    *Plaintiffs have failed to state any actionable facts with respect to the corporate employee or sales representative defendants.*

Plaintiffs mention Lacy, Bedrick, and the sales representatives in only one place in their petitions. Specifically, in the "Statement of the Parties," Plaintiffs plead each individual is a "sales representative and/or sales manager for the above manufacturer Defendants in the State of Texas, and at all relevant times was distributing pharmaceuticals in Texas." *See* Plaintiffs' Amended Petition in *Cooley*, attached as Exhibit D to this Memorandum. These individuals are not mentioned anywhere else in the pleadings. Plaintiffs' claims do not identify these individuals by name.

Indeed, Plaintiffs' allegations themselves make clear that these individual defendants are excluded from Plaintiffs' claims.  For example, Plaintiffs' strict liability claim alleges in pertinent part:

> All Defendants were engaged in the business of manufacturing, designing, testing, marketing, distributing, selling and/or prescribing the subject diet drugs and/or their incorporated component ingredients.
>
> *          *          *
>
> The subject diet drugs were defective and unreasonably dangerous when they entered into the stream of commerce and when received by Plaintiff in the following respects:
>
> a.     The subject diet drugs contained one or more manufacturing defect;
>
> b.     The subject diet drugs were not reasonably safe due to their defective design in that the foreseeable risks of harm posed by each diet drug outweighed the drug's foreseeable therapeutic benefits; or
>
> c.     The subject diet drugs are not reasonably safe due to defective warnings and instructions in that reasonable instructions or warnings were not provided to healthcare providers prescribing these diet drugs.

*See* Plaintiffs' Seventh Amended Master Petition, attached as Exhibit D to this Memorandum.  Similarly, in the negligence claim, Plaintiffs allege that the defendants "owed Plaintiff a duty of reasonable care in all aspects concerning the manufacturing, designing, testing, marketing, distributing, selling and/or prescribing of the subject diet drugs and incorporated component ingredients made the subject of this case." *See id.* Moreover, the breach of duty to warn claim alleges in pertinent part:

> Each Defendant was involved in the manufacturing, designing, testing, marketing, distributing, selling and/or prescribing of Plaintiff's subject diet drugs.  Accordingly, each Defendant was involved in creating the risks associated with the subject diet drugs.

> Each Defendant knew, should have known, or should have discovered risks associated with the subject diet drugs that were the result of their design, testing and/or manufacturing.

*See id.* Clearly, these allegations are directed at a drug manufacturer defendant, not an individual defendant.

Again, a plaintiff's failure to allege actionable facts against the non-diverse defendant demonstrates that the defendant is fraudulently joined. *Cavallini*, 44 F.3d at 261; *see also Batoff*, 977 F.2d at 851; *Boyer*, 913 F.2d at 111–12; *Anderson* (PTO 2567), at 18; *Wakefield* (PTO 2687), at 11; *Weaver* (PTO 2946), at 17–18.

As Wyeth pointed out in its Notice of Removal, these cases are virtually identical to *Cavallini*. The district court in *Cavallini* observed the following with respect to the petition's allegations:

> Other than listing his name and address for purposes of service, the petition does not specifically mention . . . Cunningham at all. The petition does contain a prayer for exemplary damages for "the gross misrepresentations made by the Defendants." *Absent any factual allegations however*, the prayer standing alone cannot support a cause of action against Cunningham.

*Cavallini*, 44 F.3d at 260 (emphasis added). The *Cavallini* Court acknowledged that the plaintiffs had interspersed general claims against "Defendants" in their petition, but held that this did not suffice to state a claim against the individual defendant Cunningham, repeatedly noting that the petition "makes no mention of Cunningham." *Cavallini*, 44 F.3d at 260–62; *see also Griggs v. State Farm Lloyds*, 181 F.3d 694, 699 (5th Cir. 1999) ("We cannot say that Griggs' petition, which mentions [the non-diverse defendant] once in passing, then fails to state any specific actionable conduct on his part whatsoever, meets even the liberalized requirements [under Texas law] that permit notice pleading."); *cf. Hodgin v. Agents of Montgomery County*, 619 F. Supp. 1550, 1554 (E.D. Pa. 1985)

(dismissing defendant against whom no facts were asserted); *Bodor v. Horsham Clinic, Inc.*, 1995 WL 472111, at *4 n.11 (E.D. Pa. Aug. 8, 1995) ("because the complaint's factual allegations do not refer to [defendant] by name, the complaint could be dismissed against [him] on this ground alone). The Court may disregard the corporate employees and sales representatives in its jurisdictional analysis for this reason alone.

3.    *Plaintiffs have not stated colorable claims against the corporate employee and sales representative defendants.*

Even if Plaintiffs' general allegations against "Defendants" somehow implicated Lacy, Bedrick, and the sales representatives, Plaintiffs still have pled a colorable claim against these individuals. Implicit in all the allegations would be the assumption that they owe an individual duty of care — independent of any duty owed by Wyeth — to physicians, diet-drug users, or the public at large. But this Court and Texas federal courts repeatedly have recognized in diet-drug cases that sales representatives owe no such duty. *See, e.g.*, *Accadia*, (PTO 3666), at 30–33 (Jun. 29, 2004) (agreeing with majority of federal district courts in Texas that "there is 'no reasonable basis in fact or colorable ground' supporting plaintiffs' claims against the sales representative defendants.").

One Texas federal court after another has concluded that sales representatives cannot possibly owe an individual, personal duty of care, independent of any duty owed by Wyeth, to diet-drug users, their prescribing doctors, or the public at large. The Honorable Sam Sparks, District Judge for the Western District of Texas, Austin Division, has summarized the fundamental flaw with the typical diet-drug plaintiff's claim:

> Essentially, [Plaintiff] alleges the detailers passed information supplied by Wyeth to the physicians and they knew or should have known this information contained misstatements about the safety of the diet drug. This does not constitute an allegation of *knowing* participation in a misrepresentation on the part of a corporate agent (the detailer).

*Budd v. Wyeth*, No. A-03-CA-465-SS, slip op. at 6 (W.D. Tex. Sept. 17, 2003) (Exhibit J-1) (emphasis in original). Judge Sparks has reached the identical conclusion in six other cases. *See Dionne v. Wyeth*, No. A-03-CA-467-SS (W.D. Tex. Sept. 17, 2003) (Exhibit J-2); *Leonard v. Wyeth*, No. A-03-CA-463-SS (W.D. Tex. Sept. 17, 2003) (Exhibit J-3); *Palomino v. Wyeth*, No. A-03-CA-464-SS (W.D. Tex. Sept. 17, 2003) (Exhibit J-4); *Stoker v. Wyeth*, No. A-03-CA-462-SS (W.D. Tex. Sept. 17, 2003) (Exhibit J-5); *Swinehart v. Wyeth*, No. A-03-CA-461 SS (W.D. Tex. Sept. 17, 2003) (Exhibit J-6); *Turner v. Wyeth*, No. A-03-CA-466-SS (W.D. Tex. Sept. 17, 2003) (Exhibit J-7).

The Honorable Sam Cummings, District Judge for the Northern District of Texas, Abilene Division, agreed that there could be no claim against drug sales representatives for negligent misrepresentation without an allegation of "knowing" misrepresentation:

> Plaintiff fails to provide this Court with any case law that indicates to this Court that the sales representatives would have had an independent duty of care to her for any negligent misrepresentations they may have made. . . . The settled law in Texas regarding misrepresentation is that a "corporate agent can be held liable for fraudulent statements and knowing misrepresentations even when they are made in the capacity of a representative of the corporation," but that the corporate agent must "knowingly participate[]" in the misrepresentation.

*Lewis v. Wyeth*, No. 1:03-CV-166-C, slip op. at 7 (N.D. Tex. Feb. 17, 2004)[27] (Exhibit J-8) (quoting *Kingston v. Helm*, 82 S.W.3d 755, 759 (Tex. App.—Corpus Christi 2002, pet. denied)); *see also Poole v. Wyeth*, No. 5:03-CV-017-C (N.D. Tex. Feb. 26, 2004) (Exhibit J-14) (same).

---

[27] The court in *Lewis* handed down its opinion on the same date that the JPML transfer order was filed with the clerk of this Court. Although the *Lewis* Court accordingly may have lacked jurisdiction at the time it issued its opinion, the opinion, at a minimum, still carries persuasive weight.

The overwhelming majority of other Texas federal courts have concurred that sales representatives owed no individual duty of care apart from the drug manufacturer. *See Northcutt v. Wyeth*, No. H-03-2665, slip op. at 5 (S.D. Tex. Aug. 13, 2003) (Exhibit J-9) (Rosenthal, J.) ("There is no allegation nor presentation of any facts that would create an independent duty owing from these individual employees to Northcutt, apart from the duty owing by Wyeth, that was violated."); *Nightingale v. Wyeth*, No. W-03-CA-203 (W.D. Tex. Sept. 5, 2003) (Exhibit J-10) (Smith, Jr., J.) ("Plaintiffs have identified no duty under Texas law which either Defendant owed to Plaintiffs or violated."); *Ferguson v. Wyeth*, No. 4:03-CV-5141 (S.D. Tex. Jan. 30, 2004) (Exhibit J-12) (Hoyt, J.) ("The Court is of the opinion that these sales representatives cannot warrant or make representations about pharmaceutical products that would override the disclosure that is required of and made by the manufacturer of the drugs."). As of May 4, 2004, Texas federal courts had either denied remand or dismissed sales representatives outright in 183 diet-drug cases. *See* Exhibit K to this Memorandum (listing remand denials) and Exhibit L to this Memorandum (listing dismissals). By contrast, only one Texas federal court has remanded a case on account of a non-diverse sales representative — and that court has done so just once. *Doran v. Wyeth*, No. 2:03-CV-196-J (N.D. Tex. Dec. 11, 2003) (Exhibit J-13).

The majority position is staked on settled principles of Texas law. Under Texas law, the duty to warn of product dangers is owed by the product's "seller." *See, e.g., Jaimes v. Fiesta Mart, Inc.*, 21 S.W.3d 301, 305 (Tex. App.—Houston [1st Dist.] 1999, pet. denied). A "seller" is one who engages in the business of distributing or otherwise placing the product into the stream of commerce. TEX. CIV. PRAC. & REM. CODE §

82.001(3) (defining "seller"). More generally, a defendant owes no duty of care with respect to a product that the defendant did not design, manufacture or sell. *Firestone Steel Products Co. v. Barajas*, 927 S.W.2d 608, 613 (Tex. 1996) ("Firestone conclusively showed it did not design, manufacture or sell the wheel in question. Accordingly, Firestone owed no duty to the [plaintiffs]."). Plaintiffs cannot seriously contend that Lacy, Bedrick, or any of the sales representatives designed, manufactured, sold, or supplied any of the specific drugs ingested by Plaintiffs. Declarations from the sales representatives confirm that they did not. (These declarations are collected at Exhibit I to this Memorandum.) The affidavits of Lacy and Bedrick, attached to Wyeth's Notices of Removal, establish that at no time relevant to these lawsuits have they "ever marketed, distributed, sold, or promoted the diet drugs Pondimin or Redux to health care professionals, pharmacies, or anyone else." *See* Exhibits B & C to Wyeth's Notices of Removal, incorporated in Exhibits B-1, B-2, and B-3 to this Memorandum. These defendants owed no independent duty of care as a matter of law.

Nor could they, as a practical matter, possibly be held individually responsible for the information they pass along to physicians. Sales representatives are educated about the drugs they detail *by Wyeth*. *E.g.*, Declaration of Robert Falke ¶ 2 (Exhibit I-23 to this Memorandum). They have no involvement in the development or preparation of package inserts for any drugs, and no control over the content or other written warnings. *E.g.*, *id.* ¶ 4. They generally lack a basis for evaluating independently the information Wyeth supplies them because they usually do not have any formal education in medicine or pharmacology, except what they receive from Wyeth. *E.g.*, *id.* ¶ 3. It must be Wyeth's

responsibility, in short, to see that its sales representatives are armed with accurate information.

The only evidence concerning the sales representatives before the Court establishes that these individuals had no knowledge of any association between diet drugs and valvular heart disease before such an allegation was first publicized. *E.g., id.* Other evidence also demonstrates that the information Wyeth provided to its sales representatives, prior to July 1997, did not contain any information about the possible risk of valvular heart disease. On July 8, 1997, the United States Food and Drug Administration published a medical advisory about said risk, based on an announcement that day by the Mayo Clinic that it had discovered valvular heart disease in patients who had used these drugs. *See* FDA July 8, 1997 Public Health Advisory (Exhibit N to this Memorandum). That same day, a Wyeth official in Pennsylvania sent a voicemail to the sales representatives generally, followed by an e-mail, advising them of the Mayo Clinic announcement and of the fact that "Wyeth-Ayerst" has reviewed the case reports from the Mayo Clinic and is concerned about the potential association of a rare and unusual valvular disorder" with the diet drugs. July 8, 1997 Email from LaRoux Jooste (Exhibit O to this Memorandum). Wyeth further sent prescribing physicians a letter on July 24, 1997 advising them that it was adding a warning to the product label about that risk. See July 24, 1997 Letter from Wyeth to Physicians (Exhibit P to this Memorandum). Also on July 24, 1997, an official of Wyeth in Pennsylvania distributed another "bulletin broadcast" voicemail to its sales representatives, advising them "about some developments related to the recent Mayo Clinic observations," which were referred to as "the initial reports of cardiac valvular disorders" described by that Clinic. The message

also referred to the Mayo Clinic's observations as a "new development." *See* July 24, 1997 Email from Bruce Reid and Voicemail Script (Exhibit Q to this Memorandum). These documents further support the sales representatives' declarations that Wyeth had never previously informed them of any risk of valvular heart disease associated with these drugs, as they were first told of it in July 1997.

Employees do not assume individual, personal liability in the absence of an independent duty merely by participating in their employer's alleged failure to provide adequate information about its products. "[I]ndividual liability arises only when the officer or agent owes an independent duty of reasonable care to the injured party apart from the employer's duty," *Leitch v. Hornsby*, 935 S.W.2d 114, 117 (Tex. 1996), or when the agent *knowingly* participates in fraudulent or tortious conduct. *See Kingston v. Helm*, 82 S.W.3d 755, 759 (Tex. App.—Corpus Christi 2002, pet. denied); *Budd, supra*, Exhibit J-1 to this Memorandum, at 6; *Lewis, supra*, Exhibit J-8 to this Memorandum, at 7. Plaintiffs' form complaint does not allege that the sales representatives "knowingly" participated in any fraud or other tortious activity.

In summary, Plaintiffs have no reasonable possibility of establishing a claim against Clayton Lacy, Frank Bedrick, or any of the sales representative defendants. They are all fraudulently joined and Wyeth therefore requests this Court to dismiss Lacy, Bedrick, and the sales representatives from all of these cases.

**E.     The Phentermine Defendants Are Fraudulently Joined.**

Finally, this Court's rulings have made it clear that the phentermine defendants are fraudulently joined. *E.g.*, *Dianne Smith* (PTO 3247), at 6 ("This court has found, after evidentiary hearings on the matter, that there is no support for the position that phentermine contributes to injuries allegedly caused by fen-phen."). Indeed, this Court

has already ruled that Plaintiffs' counsel's tactics of naming phentermine manufacturer defendants "can only be characterized as a sham" targeted at depriving Wyeth of a federal forum. *See Anderson*, PTO 2567 at 20. Because the phentermine defendants are fraudulently joined, Wyeth requests this Court to dismiss them from these cases.

## VI.

### CONCLUSION

Plaintiffs have failed to demonstrate that there is any reasonable basis in law or in fact for any of their claims against both the non-diverse and the phentermine defendants. Accordingly, Wyeth requests this Court to dismiss all defendants other than Wyeth.

Respectfully submitted,

Peter L. Zimroth
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022
(212) 715-1010

Robert D. Rosenbaum
Robyn M. Holtzman
ARNOLD & PORTER, LLP
555 Twelfth Street
Washington, DC 20004
(202) 942-5862

Michael T. Scott
Paul B. Kerrigan
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103
(215) 851-8248

Leslie A. Benitez
CLARK, THOMAS & WINTERS
P.O. Box 1148
Austin, TX 78767
(512) 472-8800

**ATTORNEYS FOR DEFENDANT WYETH**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants, along with its Appendix, in the above captioned actions were served this 22nd day of Nov. 2004 by U.S. first-class mail, postage prepaid, upon all counsel of record in the action, who are listed below. Copies of the Exhibits to this Motion are voluminous, are being provided to counsel for Plaintiffs and Gate Pharmaceuticals, and will be provided to other counsel upon request.

Richard N. Laminack, Esquire
Thomas W. Pirtle, Esquire
O'QUINN, LAMINACK & PIRTLE
440 Louisiana, Suite 2300
Houston, Texas 77002
*Counsel for Plaintiffs*

Michael Walsh, Esquire
STRASBURGER & PRICE, L.L.P.
901 Main Street, Suite 4300
Dallas, Texas 75202
*Counsel for Defendants Gate Pharmaceuticals, a Division of Teva Pharmaceuticals, USA, Inc. and Teva Pharmaceuticals, U.S.A., Inc.*

Stephanie A. Smith, Esquire
Stacy A. Martinez, Esquire
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
*Counsel for Defendant Smithkline Beecham Corporation*

David P. Boyce, Esquire
WRIGHT & GREENHILL, P.C.
221 W. 6th Street, Suite 1800
Austin, Texas 78701
*Counsel for Defendant Jones Pharma Inc., f/k/a Jones Medical Industries, Inc. as successor to Abana Pharmaceuticals, Inc.*

Karen Stallings, Esquire
LOCKE, LIDDELL & SAPP, L.L.P
600 Travis Street
3400 J.P. Morgan Chase Tower
Houston, Texas 77002
***Counsel for Defendants Major Pharmaceuticals; Eon Labs Manufacturing; Zenith Goldline Pharmaceuticals, Inc.; Goldline Laboratories, Inc.; Rugby Laboratories, Inc.; Geneva Pharmaceuticals, Inc.; and Shire Richwood Inc. f/k/a Richwood Pharmaceutical Company, Inc.***

Paul N. Farquharson
SEMMES BOWEN & SEMMES, P.C.
250 W. Pratt, 16th Floor
Baltimore, MD 21201
***Counsel for Defendants United Research Laboratories, Inc. and Qualitest Pharmaceuticals, Inc.***

Kenneth L. Tekell, Esquire
TEKELL, BOOK, MATHEWS & LIMMER, L.L.P.
1221 McKinney St., Suite 4300
Houston, Texas 77010
***Counsel for Defendants Fisons Corporation and Medeva Pharmaceuticals, Inc.***

Lisa Louck
BRACEWELL & PATTERSON
711 Louisiana, Suite 2900
Houston, TX 77002
***Counsel for Defendants James Edmondson & Michelle Herren Pavelec***

Jay H. Henderson
T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen, L.L.P.
2777 Allen Parkway, 7th Floor
Houston, TX 77019
***Counsel for Defendant Doctors Elena Villavicencio-Suarez, Dorothy F. Merritt, Teresa Becker, Arthur L. Raines, John P. Ott, Jr., Harvey Resnick, Joseph N. Cannon, Jr., James Incalcaterra, Jr., Julius H. Bertheau, Jay L. Mont, Steven E. Stern, James C. Boone, Jimmy E. McCoy, Samuel C. Hoover, Walter Geyer, Pedro M. Arrazola, David R. Armbruster, Walter N. Thomas, Debra Williams, Marlene Sanchez, Robert C. Kent, Ashok A. Chitale, Oscar Cortez Oandasan, Salvador P. Baylan, Larry A. Richardson, Raymond H. Hernandez, Jr., Joseph Zadeh, Don Warren, Randall Perkins, Robert A. Strzinek, Vijay Koli, William H. Obenour, Jr., Robert Hilliard, William E. Powell, II, Anthony Scott Rogers, Irvin F. Sabrsula, Jr., Belinda Padilla, Pat Prapan, Kathryn Pifer, Sheldon Rubenfeld, Stephen D. Fillman, Dennis L. Lehman, Hal Browning Boone, Jr., William H. Couch, Manuel Quinones, David Beyers, Billy G. Mills, Larry***

*G. Padget, Loraine Nadine Yeoham, Douglas C. Smith, Ray Anders Denson, Gary D. Wolf, Charles H. Hudson, III, Howard J. Lang, and Gonzalo Uribe-Botero.*

D. Michael Wallach
Charles Florsheim
Wallach, Andrews, Florsheim & Stouffer, PC
1300 Summit Ave. Ste 300
Fort Worth, Texas 76102
*Counsel for Defendant Doctors Patrick Joseph Kirlin, Michael Cherkassky, Otto Frederick Puempel, Arthur L. Raines, Fran Rose, and Pat Prapan.*

Charles M. Kinsey
5208 W. Broadway, Suite 200
Pearland, Texas 77581
*Counsel for Defendant Doctor Dale L. Messer*

S. Gary Werley
Law Offices of S. Gary Werley
Fort Worth Club
306 West 7th Street, Suite 508
Fort Worth, Texas 76012
*Counsel for Defendant Doctor Arnold J. Morris*

Thomas P. Sullivan
Russell G. Thornton
Philipa M. Remington
Mary Olga Lovett
Stinnett, Thiebaud & Remington LLP
Fountain Place
1445 Ross Ave. Ste. 4800
Dallas, TX 75202-2701
*Counsel for Defendant Doctors Kendra J. Belfi, Theodore F. Botkin, Robert Matthew Tafel, Homero Rodriguez-Juarez, Brian Robert Tulloch, Benjamin Weiner, Merle R. Pounds, Wanda P. Spuhler, Kenneth C. Killen, Sheila K. Horsley, Brian J. Caplan, Larry Baros, Carlton K. Clarke, Cornelia Agent, William R. Boone, John R. Woodward, Peter J. Damico, Olin Teague Smyth, Jr., Edward Guinn, and Robert Shaw.*

Don Karotkin
Phillip A. Seller
Karotkin, Chase & Erwin, L.L.P.
3555 Timmons Lane, SUite 850
Houston, Texas 77027
*Counsel for Defendant Doctors Victor Knopp & Najmuddin Karimjee*

David Andis
Gauntt & Kruppstadt
1400 Woodloch Forest Drive, Suite 575
The Woodlands, Texas 77380
***Counsel for Defendant Doctors Arthur T. Hadley, III and Carl Jacob Fuchs***

Henri J. Dussault
Brackett & Ellis, PC
100 Main Street
Fort Worth, Texas 76102
***Counsel for Defendant Doctor Arthur T. Hadley, III***

Charles C. Brennig
Callaway & Brennig
Three Allen Center
333 Clay, Suite 4510
Houston, Texas 77002
***Counsel for Defendant Doctor Rafael Pardo***

James B. Edwards
Edwards & Edwards
12603 Southwest Freeway, Suite 200
Stafford, Texas 77477
***Counsel for Defendant Doctor George Murillo***

Mullen, Shivers & Smith
1616 S. Voss, Ste. 600
Houston, TX 77057
***Counsel for Defendant Doctor Hamid R. Jalali***

Mary Hunnell Smith
Smith & Smith
5120 Woodway, Suite 7036
Houston, Texas 77056
***Counsel for Defendant Doctors Jay C. Proctor, III, Terri L. Eckert, Julio Arauz, and Kathryn Cooke***

Martin Randal Merritt
Khan & Merritt
8499 Greenville Avenue, Suite 206
Dallas, Texas 75231
***Counsel for Defendant Doctor Robert Y. Fong***

J. B. Whittenburg
Jacqueline Bley Ryall
Orgain, Bell & Tucker
470 Orleans Street
Beaumont, Texas 77704
***Counsel for Defendant Doctors Charles W. Allen, Paul A. Schmidt, and Wesley Palmer***

Ann P. Watson
Lara M. Price
Sheehy, Serpe & Ware
2500 Two Houston Center
Houston, Texas 77010
***Counsel for Defendant Doctors Philip T. Eichelberger, Jr. and Hillary G. Miller***

Ronald Hole
Hole & Alvarez
612 West Nolana, Suite 370
McAllen, TX 78504
***Counsel for Defendant Doctor Michael T. Jelineck***

Robert E. Galloway, M.D.
1200 Binz, Suite 1025
Houston, Texas 77004
***Pro Se***

James B. Edwards
Cathy V. Meents
EDWARDS AND ASSOCIATES
12603 Southwest Freeway, Ste. 200
Stafford, Texas 77477
***Counsel for Defendant Doctor Howard Dillard, Jr.***

L. Cullen Moore
Rymer, Moore, Jackson & Echols
2801 Post Oak Boulevard
Suite 250
Houston, Texas 77056
***Counsel for Defendant Doctor Larry A. Richardson***

Joel Jay Steed
Steed Flagg, L.L.P.
One Horizon Ridge
1010 West Ralph Hall Parkwar, Second Floor
Rockwall, Texas 75032
***Counsel for Defendant Doctor Donald W. Chester***

Roy K. Ewart
Mae Nacol & Associates, P.C.
600 Jefferson, Suite 750
Houston, Texas 77002
***Counsel for Defendant Doctor Cora Jennis Tucker***

W. Richard Wagner
Patterson and Wagner
Northwest Center
7550 I-10 West, Ste 500
San Antonio, Texas 78229
***Counsel for Defendant Doctor Michael Heistand***

Michael Wallis
EVANS & ROWE, A P.C.
10101 Reunion Place, Suite 900
San Antonio, Texas 78216
***Counsel for Defendant Doctor Bryant A. Manning***

Ronald E. Tigner
Preis, Kraft & Roy
2000 Bering Drive, Suite No. 600
Houston, Texas 77057
***Counsel for Defendant Doctor Leo J. Borrell***

Sanjay S. Mathur
Mathur Law Offices, P.C.
5901 Hillcroft, Suite D-3
Houston, Texas 77036
***Counsel for Defendant Doctor David W. Spinks***

John R. Shepperd
Wilson, Elser, Moskowitz, Edelman & Dicker LLP,
6363 Woodway, Suite 750
Houston, Texas 77057
***Counsel for Defendant Doctor Kenneth Landgraf***

Egon Richard Tausch
Attorney at Law
2024 S. Flores Street
San Antonio, Texas 78204
***Counsel for Defendant Doctor Frank M. Chalaire***

Carl A. Parker
PARKER & PARKS
1 Plaza Square
Port Arthur, Texas 77642
**_Counsel for Defendant Doctor Harvey Randolph, Jr._**

Charles M. Kinsey
5208 W. Broadway, Suite 200
Pearland, Texas 77581
**_Counsel for Defendant Doctor Dale L. Messer_**

Mark A. Keene
Davis & Davis
P.O. Box 1588 (78767)
9th Floor - Arboretum Plaza I - Suite 950
9442 Capital of Texas Highway
Austin, Texas 78759
**_Counsel for Defendant Doctor Bruce Addison_**

Kevin McCormack
Law Offices of Kevin McCormack
6420 Hillcroft, Suite 502
Houston, Texas 77081
**_Counsel for Defendant Doctor Juan Cavazos_**

David P. Stone
Alfred G. Ramirez
Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
**_Counsel for Defendant Daleo Pharmacy_**

Rick McRory
Ramsey & Murray, PC
800 Gessner, Suite 1100
Houston, Texas 77024
**_Counsel for Defendant Daleo Pharmacy_**

Jerry W. Loving, DO
8202 Lone Star Road
North Zulch, Texas 77872
**_Pro Se_**

Jordan M. Parker
James A. Edwards
CANTEY & HANGER, L.L.P.
Burnett Plaza, Suite 2100
801 Cherry Street, Unit #2
Fort Worth, Texas 76102
***Counsel for Defendant Doctors H. Thomas Willard and Helmatha Ravi Iyer***

Edward P. Quillin
QUILLIN LAW FIRM, P.C.
4101 McEwen Rd., Ste. 540
Dallas, Texas 75244
***Counsel for Defendant Mary F. Stone***

and upon all other counsel required to be served by Pretrial Order No. 19:

Gregory P. Miller, Esquire
Miller, Alfano & Raspanti, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103
***Special Discovery Master***

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
***Co-Chair of Plaintiffs' Management Committee***

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
***Co-Chair of Plaintiffs' Management Committee***

Stanley M. Chesley, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202
***Co-Chair of Plaintiffs' Management Committee***

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
*Plaintiffs' Management Committee*

Michael T. Scott, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
*Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants*

Edward W. Madeira, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Philadelphia, PA 19103-2799
*Liaison Counsel for Phentermine Manufacturers & Suppliers*

Peter G. Resnick, Esquire
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1775
*Co-Lead Counsel for Phentermine Defendants*

Edward S. Weltman, Esquire
Goodwin Proctor LLP
599 Lexington Avenue, 30th Floor
New York, NY 10022
*Co-Lead Counsel for Phentermine Defendants*


_____
Leslie A. Benitez

Date: _November 22, 2004_

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phicnt Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Acquistapace, Jacqueline | 2:04-CV-20254-HB | Houston | None | None | Yes | None |
| Alcaraz, Gwendolyn Gay | 2:03-CV-20443-HB | San Antonio | Elena Villavicencio-Suarez | None | Yes | None |
| Alexander, Dorothy | 2:04-CV-20479-HB | Fort Worth | Michael Cherkassky | None | Yes | Sneider, Edmondson, Bodenhamer |
| Allen, Anna M. | 2:04-CV-20447-HB | Fort Worth | Patrick Joseph Kirlin | None | Yes | Sneider, Strazzulla Roheim, & Boudreaux |
| Allen, Carolyn | 2:04-CV-21060-HB | Houston | Davill Armstrong | None | Yes | Duliban, Adams, Virgilio Cray |
| Allison, Dorothy | 2:04-CV-21146-HB | Houston | Dorothy F. Merritt | None | Yes | Honeycutt, Lindsey, Howard |
| Allosso, Ann | 2:04-CV-21063-HB | Houston | None | None | Yes | None |
| Anderson, Maria | 2:04-CV-21385-HB | Houston | Dale L. Messer | None | None | Honeycutt, Lindsey, Howard |
| Anderson, Pamela | 2:04-CV-20882-HB | Fort Worth | Daniel L. Rader | None | Yes | Brink |
| Arb, Beverly | 2:03-CV-20456-HB | San Antonio | None | None | None | None |
| Argumaniz, Elias | 2:04-CV-20444-HB | Fort Worth | Arnold J. Morris | None | None | Strazzulla Roheim, Boudreaux |
| Arnett, Linda | 2:04-CV-20448-HB | Fort Worth | Newton Galusha | None | Yes | Maddox |
| Auippa, Elizabeth Ann | 2:04-CV-21122-HB | Houston | Steven Spencer | None | Yes | (Lorch & Falke dism'd sua sponte) |
| Backes, Naomi | 2:04-CV-20477-HB | Fort Worth | Howard James Huntzinger & Kendra J. Belfi | None | Yes | Graviey, Medley, Bodenhamer, McDougal Gossom, Kovalcik Stubbs |
| Bailey, Linda S. | 2:03-CV-20478-HB | San Antonio | Ernesto Cantu | None | Yes | None |
| Baker, Mitzi | 2:04-CV-20875-HB | Fort Worth | None | None | Yes | None |
| Baldwin, Patricia L. | 2:04-CV-21062-HB | Houston | Patrick McNamara | None | None | Lorch, Mandola |
| Ball, Suzanne Janice | 2:04-CV-21115-HB | Houston | Victor Knopp | None | Yes | Falke, Lorch |
| Bankston, Stephanie | 2:04-CV-21068-HB | Houston | Arthur T. Hadley, III | None | None | Falke, Herren Pavelec, Lorch |
| Banuelos, Cynthia | 2:04-CV-21148-HB | Houston | Teresa Becker | None | Yes | Adams, Honeycutt, Lindsey, (Howard named only in style of petition) |
| Barker, Missy | 2:04-CV-20889-HB | Fort Worth | Otto Frederick Puempel | None | None | Boudreaux, Edmondson, Strazzulla Roheim |
| Barnett, Cheryl Yvonne | 2:03-CV-20460-HB | San Antonio | None | None | None | None |

1

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Barnett, Magna | 2:04-CV-20904-HB | Fort Worth | Michael Iversen | None | Yes | Sneider, Maddox |
| Bartlett, Barbara S. | 2:04-CV-21139-HB | Houston | Rafael Pardo | None | Yes | Booth, Fitzgerald, Clark |
| Bass, Delores | 2:04-CV-20273-HB | San Antonio | William D. Clark | None | None | None |
| Bell, Cynthia | 2:04-CV-20255-HB | Houston | Alfred Ricks | None | Yes | Fitzgerald |
| Bell, Gwendolyn | 2:04-CV-20446-HB | Fort Worth | Michael Cherkassky & Arthur L. Raines | None | Yes | Sneider, Gravley, Edmondson, Kovalcik Stubbs, Bodenhamer |
| Bell, Linda S. | 2:04-CV-23163-HB | Houston | None | None | Yes | None |
| Bennett, Darla Jo | 2:03-CV-20523-HB | San Antonio | None | None | Yes | None |
| Benton, Dee Lynn | 2:04-CV-20445-HB | Fort Worth | Darryl Nix | None | Yes | Boudreaux, Strazzulla Roheim |
| Bertucci, Frank N. | 2:04-CV-21118-HB | Houston | John P. Olt, Jr. | None | Yes | (Pullin & Cox dism'd sua sponte) |
| Bishop, Patricia Sue | 2:03-CV-20462-HB | San Antonio | Theodore F. Botkin | None | Yes | None |
| Blair, Ida Ian | 2:04-CV-20906-HB | Fort Worth | Gary Albertson | None | Yes | Peets, Williford |
| Boone, Mary Jolene | 2:04-CV-21117-HB | Houston | Jerome L. Armbruster | None | Yes | Honeycutt, Howard |
| Boren, Betty | 2:04-CV-21140-HB | Houston | Robert J. Griffon | None | Yes | Reeves Snapka, Weinbaum, Rolufs, Abshire, Herren Pavelec, Newhouse, Pascavage Pogue, Spurlock |
| Box, Kathy | 2:04-CV-20443-HB | Fort Worth | Michael Cherkassky | None | Yes | Sneider, Edmondson, Bodenhamer |
| Brackeen, Dana | 2:04-CV-20449-HB | Fort Worth | Samuel L. Glachey | None | Yes | Maddox, Rylee |
| Bradshaw, Stephanie | 2:04-CV-20243-HB | Houston | Harvey Resnick & Kerry D. Vance | None | Yes | Booth, Fitzgerald, Clark |
| Brantley, Barbara Jean | 2:04-CV-21050-HB | Houston | None | None | Yes | None |
| Bratton, Lana M. | 2:04-CV-20905-HB | Fort Worth | Duana A. Selman | None | Yes | Boudreaux, Strazzulla Roheim |
| Breazeale, Wilma S. | 2:04-CV-20245-HB | Houston | Joseph N. Cannon, Jr. | None | Yes | Ferraloro Hermes, Sonnier, Bludau |
| Breeding, Janet | 2:04-CV-20238-HB | Houston | None | None | Yes | None |
| Brewster, Brenda Mae | 2:04-CV-21135-HB | Houston | Sudarsana K. Reddy | None | Yes | Fitzgerald |
| Brooks, Susan | 2:04-CV-20790-HB | Houston | James Incalcaterra, Jr. | None | Yes | Honeycutt, Lindsey, Howard |
| Brown, Autrey | 2:04-CV-20247-HB | Houston | Julius H. Bertheau | None | Yes | Booth, Fitzgerald, Clark |
| Brown, Julia | 2:04-CV-21037-HB | Dallas | Parker H. Meyer | None | Yes | Kasten, Harty |
| Brown, Lyle A., III | 2:04-CV-20460-HB | Fort Worth | None | None | Yes | None |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phsnt Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Browning, Linda | 2:04-CV-21099-HB | Houston | None | None | Yes | Herren Pavelec, Pullin, Mandola |
| Brownlee, Erienne | 2:04-CV-20838-HB | Fort Worth | Robert Matthew Tatel (also filed mot. to dismiss) | None | Yes | Maddox, Rylee |
| Bruce, Sherry J. | 2:04-CV-20943-HB | Houston | George Murillo | None | Yes | Dullban, Adams, Virgilio Cray |
| Buchanan, Henry | 2:04-CV-20256-HB | Houston | Dale L. Messer | None | None | Honeycutt, Lindsey, Howard |
| Buchon, Peggy | 2:04-CV-20269-HB | Houston | Hector E. Tobon | None | Yes | Fitzgerald |
| Buggs, Malinda | 2:04-CV-20234-HB | Fort Worth | C. Hartman | None | None | None |
| Bulian, Karen S. | 2:04-CV-20940-HB | Houston | Arthur T. Hadley, III | None | Yes | Falke, Herren Pavelec, Lorch |
| Burda, Ana | 2:04-CV-21350-HB | Houston | Jay L. Mont | None | Yes | Herren Pavelec |
| Burgess, Lindell R. | 2:04-CV-20244-HB | Houston | Paula L. Springer | None | Yes | Dullban, Adams, Virgilio Cray, Herren Pavelec, Chiasson, Phillips |
| Burman, Norma J. | 2:03-CV-20470-HB | San Antonio | Homero Rodriguez-Juarez (also filed mot. to dismiss) | None | Yes | None |
| Burnett, Gloria | 2:03-CV-20473-HB | San Antonio | None | None | Yes | None |
| Burns, Caroline E. | 2:04-CV-20840-HB | Fort Worth | None | None | None | None |
| Burris, Anita D. | 2:04-CV-21007-HB | Dallas | None | None | Yes | None |
| Butler, Helen R. | 2:04-CV-21349-HB | Houston | Steven E. Stern | None | Yes | Dullban, Adams, Virgilio Cray, Cervenka |
| Byrd, Gerald R. | 2:04-CV-21125-HB | Houston | Jay L. Mont | None | Yes | Herren Pavelec |
| Byrd, Paula Karen | 2:04-CV-20314-HB | Houston | Hamid R. Jalali | None | Yes | Blevins, Chiasson, Phillips |
| Caldwell, Debra | 2:04-CV-21382-HB | Houston | Lizabeth Riley | None | Yes | Falke, Lorch, Blevins, Ellis, Honeycutt, Lindsey, Howard |
| Calhoun, Shirley S. | 2:04-CV-20825-HB | Houston | James C. Boone | None | None | None |
| Campbell, Jennifer | 2:04-CV-20864-HB | Fort Worth | Leo Altenburg | None | Yes | Maddox |
| Cannoles, Marlene | 2:04-CV-21399-HB | Houston | Brian Robert Tulloch | None | Yes | Weinbaum, Herren Pavelec, Newhouse, Mandola, Hassenboehler Labbe |
| Cappelletti, Mary Ann | 2:04-CV-20274-HB | San Antonio | None | None | Yes | None |
| Carmona, Carolyn | 2:04-CV-20549-HB | Houston | Jay C. Proctor, III | None | Yes | Chiasson, Phillips, Lofstrom, Rajabi |
| Casselberry, Charlotte | 2:04-CV-20933-HB | Houston | Diana File | None | Yes | Falke, Lorch, Sanders |

3

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Chapman, Tom | 2:04-CV-20948-HB | Houston | Ralph F. Coleman | None | Yes | Harkness Jackson, Pullin, Tyrrell, Cox |
| Chiarolanza, Barbara | 2:04-CV-21075-HB | Houston | None | None | Yes | None |
| Chilcutt, Dan M. | 2:03-CV-20449-HB | San Antonio | Jimmy E. McCoy (also filed mot. to dismiss) | None | Yes | None |
| Childs, Lacita J. | 2:04-CV-21056-HB | Houston | Manojair Alloju | None | None | None |
| Chrane, Steve | 2:04-CV-21143-HB | Houston | Dale L. Messer | None | None | Honeycutt, Lindsey, Howard |
| Cockroft, Cassandra | 2:04-CV-20952-HB | Fort Worth | Elizabeth Rohr-Saunders, Samuel C. Hoover, & Robert Y. Fong | None | Yes | Sneider, Maddox, Gravley, Brink, Mueller |
| Coffey, Deborah | 2:04-CV-20260-HB | Houston | None | None | Yes | None |
| Coleman, Janice | 2:04-CV-20548-HB | Houston | (Jay C. Proctor, III dism'd in PTO 3986) | None | Yes | None |
| Cook, Jerry Leona | 2:04-CV-20239-HB | Houston | Benjamin Weiner (also filed mot. to dismiss) | None | Yes | Booth, Fitzgerald, Clark |
| Cooke, Ellen E. | 2:04-CV-20928-HB | Houston | Jay L. Mont | None | Yes | Herren Pavelec |
| Corbin, Beverly S. | 2:04-CV-20926-HB | Houston | Charles W. Allen | None | Yes | Fitzgerald, Clark |
| Cotton, Yvette M. | 2:04-CV-21371-HB | Houston | Bao Bui (John Purcell Reeves dism'd in PTO 3866) | None | Yes | Honeycutt, Lindsey, Howard |
| Coutorie, Kathleen P. | 2:04-CV-20800-HB | Houston | Dorothy F. Merritt | None | Yes | Honeycutt, Lindsey, Howard |
| Craft, Diane L. | 2:04-CV-20865-HB | Fort Worth | Merle R. Pounds | None | Yes | Maddox |
| Crozier, Nora J. | 2:04-CV-20871-HB | Fort Worth | Walter Geyer | None | Yes | Maddox |
| Culp, Rhonda | 2:04-CV-26214-HB | Fort Worth | None | None | None | None |
| Dalton, Carmen | 2:04-CV-20939-HB | Houston | Philip T. Eichelberger, Jr. | None | Yes | Fitzgerald, Clark |
| Daniels, Rebecca | 2:04-CV-21373-HB | Houston | Carl Jacob Fuchs | None | Yes | Honeycutt, Lindsey, Howard |
| Danhard, Cassandra Lene | 2:04-CV-20288-HB | Houston | Sudarsana K. Reddy | None | Yes | Fitzgerald |
| Deasy, Patricia | 2:04-CV-20814-HB | Houston | Arthur T. Hadley, III | None | None | Herren Pavelec, Lorch |
| Deberry-Polk, Toni | 2:04-CV-20451-HB | Fort Worth | Pedro M. Jelinick, Pedro M. Arrazola, & Michael T. Jelineck | None | Yes | Garza, Cordova |
| Dedushaj, Sandy | 2:04-CV-20826-HB | Fort Worth | (Robert DeMartin dism'd on 9/24/04 in PTO 3981) | None | Yes | Maddox, Rylee |
| Dervin, Melony | 2:03-CV-20480-HB | San Antonio | Homero Rodriguez-Juarez (filed mot. to dismiss as well) | None | Yes | None |
| Dettling, Doris | 2:03-CV-20453-HB | San Antonio | Robert E. Galloway | None | Yes | None |
| Devasier, Suman | 2:04-CV-20798-HB | Houston | Carl Jacob Fuchs | None | Yes | Honeycutt, Lindsey, Howard |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Dewoody, Dana | 2:04-CV-20864-HB | Fort Worth | Sally A. Hallgren | None | Yes | Graveley, Medley, Kovalcik Stubbs |
| Diesi, Kelli | 2:04-CV-20253-HB | Houston | David R. Armbuster | None | Yes | Honeycutt, Lindsey, Howard |
| Divin, Gigi | 2:03-CV-20406-HB | Houston | Walter N. Thomas (also filed mot. to dismiss) | None | Yes | None |
| Dotson, Revender | 2:04-CV-21147-HB | Houston | Dorothy F. Merritt | None | Yes | Honeycutt, Lindsey, Howard |
| Doyle, Linda | 2:03-CV-20608-HB | San Antonio | Debra Williams (also filed mot. to dismiss) | None | Yes | None |
| Droege, Carolyn | 2:04-CV-20815-HB | Houston | Terrance S. Holmes | None | None | Newhouse, Mandola, Hassenboehler Labbe |
| Dryer, Joseph O. | 2:04-CV-21110-HB | Houston | Najmuddin Karimjee | None | Yes | Duliban, Adams, Virgilio Cray |
| Dunn, Sandra L. | 2:04-CV-20478-HB | Fort Worth | Robert C. Kent | None | Yes | Boudreaux, Strazzulla Roheim |
| Dunn, Zola May | 2:03-CV-20605-HB | San Antonio | Marlene Sanchez | None | Yes | None |
| Earthy, Marilyn J. | 2:04-CV-21102-HB | Houston | Jay L. Mort | None | Yes | Herren Pavelec |
| Eckler, Patricia A. | 2:04-CV-21137-HB | Houston | Wanda P. Spuhler | None | Yes | Lindsey, Howard |
| Elmore, Sara | 2:04-CV-21127-HB | Houston | Howard Dillard, Jr. | None | Yes | (Honeycutt, Howard dism'd sua sponte) |
| Encina, Oralia | 2:03-CV-20448-HB | San Antonio | Ronald Wong | None | Yes | None |
| Evans, Marci | 2:04-CV-20845-HB | Fort Worth | Michael Cherkassky | None | Yes | Sneider, Edmondson, Bodenhamer |
| Farve, Karen | 2:04-CV-21104-HB | Houston | Philip T. Eichelberger, Jr. | None | Yes | (Fitzgerald, Clark dism'd sua sponte) |
| Feistel, Peggy Ann | 2:03-CV-20447-HB | San Antonio | Hillary G. Miller | None | Yes | None |
| Fields, Dona | 2:04-CV-21105-HB | Houston | A.L. McLeod | None | Yes | Rolufs, Abshire |
| Fitzgerald, Susan | 2:04-CV-20918-HB | Fort Worth | Thomas C. Miller | None | Yes | Boudreaux, Strazzulla Roheim |
| Francis, Jeffrey C. | 2:04-CV-20481-HB | Fort Worth | Ashok A. Chitale | None | Yes | Stewart, Anderson |
| Franklin, Jean | 2:04-CV-20804-HB | Houston | Louis S. Riley, Jr. | None | Yes | Blevins, Ellis, Honeycutt, Lindsey, Howard |
| Franklin, Marilyn | 2:04-CV-21009-HB | Dallas | Fran Rose | None | Yes | Brink, Mueller |
| Fregia, Clinton F. | 2:04-CV-21388-HB | Houston | Oscar Cortez Oandasan | None | None | Booth, Fitzgerald, Clark |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| **A** | **B** | **C** | **E** | **F** | **G** | **H** |
| Frye, Lanelle | 2:04-CV-20472-HB | San Antonio | Salvador P. Baylan (also filed mot. to dismiss) | None | Yes | None |
| Garcia, Claire | 2:04-CV-21346-HB | Houston | Larry A. Richardson | None | Yes | Dulban |
| Garcia, Stella | 2:03-CV-20745-HB | San Antonio | Raymond H. Hernandez, Jr. (also filed mot. to dismiss) | None | Yes | None |
| Garcia-Sinson, Carolyn | 2:04-CV-20931-HB | Houston | Oscar Cortez Dandasan | None | Yes | Fitzgerald, Clark |
| Garison, Mary D. | 2:04-CV-20805-HB | Houston | Sudarsana K. Reddy | None | Yes | Fitzgerald |
| Germany, Lynne | 2:04-CV-20775-HB | Houston | None | None | None | None |
| Gibson, Suset Norvella | 2:04-CV-21149-HB | Houston | Lynn Johnson | None | Yes | Falke, Herren Pavelec, Lorch, Lindsey, Howard |
| Gifford, Suzanne S. | 2:04-CV-20861-HB | Fort Worth | Joseph Zadeh | None | Yes | Gravley, Medley |
| Gilley, Glen Ray | 2:03-CV-20595-HB | Fort Worth | Walter Geyer | None | Yes | Gravley, Medley, Kovalcik, Stubbs |
| Glaude, Linda M. | 2:04-CV-20819-HB | Fort Worth | None | None | Yes | None |
| Gonzales, Yolanda B. | 2:04-CV-21243-HB | Houston | Paula L. Springer | None | Yes | Dulban, Adams, Virgilio Cray, Herren Pavelec, Chiasson, Phillips |
| Gotez, Elizabeth | 2:04-CV-20859-HB | Fort Worth | Don Warren | None | Yes | Maddox, Rylee |
| Graham, Debbie | 2:04-CV-20562-HB | Dallas | Donald W. Chester | None | Yes | Christensen |
| Gray, Ramona | 2:04-CV-20910-HB | Fort Worth | Randall Perkins | None | Yes | Maddox, Rylee, Edmondson |
| Greco, John | 2:04-CV-20911-HB | Fort Worth | Robert A. Strzinek | None | Yes | Maddox |
| Green, Harold L. | 2:03-CV-20410-HB | Houston | Cora Jenlis Tucker | None | Yes | None |
| Green, Lupe | 2:04-CV-26215-HB | Fort Worth | None | None | Yes | None |
| Guerrero, Rosario | 2:03-CV-20452-HB | San Antonio | Jay L. Mont (also filed mot. to dismiss) | None | Yes | None |
| Gulley, Joyce | 2:03-CV-20606-HB | San Antonio | Vijay Koli | None | Yes | None |
| Gutierrez, Phyllis L. | 2:03-CV-20450-HB | San Antonio | Michael Helstand | None | Yes | None |
| Hafez, Cheryl | 2:04-CV-20869-HB | Fort Worth | Inayat I. Lalani | None | None | Bodenhamer, McDougal Gossom, Sage Berndt |
| Hammers, Joni | 2:04-CV-20937-HB | Houston | Royce L. Sedotal | None | Yes | Falke, Lorch |
| Harris, Ann | 2:04-CV-21064-HB | Houston | Jay L. Mont, Kouji Takase | None | Yes | None |
| Harris, Phyllis L. | 2:04-CV-21390-HB | Houston | Benjamin Weiner | None | None | Booth, Fitzgerald, Clark |
| Harvey, Danna | 2:04-CV-20835-HB | Fort Worth | Michael Cherkassky | None | Yes | Sneider, Edmondson, Bodenhamer |
| Harvie, Eileen | 2:03-CV-20522-HB | San Antonio | Homero Rodriguez-Juarez (filed mot. to dismiss as well) | None | Yes | None |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff A | MDL Cause No. B | Publicity C | Physician Defendants E | Pharmacy Defendants F | Phent Ds G | Detailer Ds in addition to Lacy & Bedrick H |
|---|---|---|---|---|---|---|
| Hawkins, Barbara | 2:04-CV-20792-HB | Houston | Richard Zimmerman | None | Yes | Newhouse, Mandola, Hassenboehler Labbe |
| Hayes, Julie | 2:04-CV-20822-HB | Fort Worth | Arlett Pharo, William H. Obenour, Jr. | None | Yes | Falke, Harkness Jackson, Pullin, Newhouse, Mandola, Cox, Hassenboehler Labbe |
| Head, Victor P. | 2:04-CV-20275-HB | Houston | Michael C. Scally | None | Yes | Falke, Herren Pavelec |
| Heidemann, Carrie | 2:04-CV-21053-HB | Houston | Jay L. Mont | None | Yes | None |
| Hencke, Amanda | 2:04-CV-20919-HB | Fort Worth | Duana A. Selman | None | Yes | Boudreaux, Strazzulla Roheim |
| Henley, Ida Rose | 2:04-CV-20877-HB | Fort Worth | James Merrill | None | Yes | Maddox, Rylee |
| Henry, Korena Janice | 2:03-CV-20529-HB | San Antonio | Michael Heisland | None | Yes | None |
| Hernandez, Mary Lou | 2:03-CV-20530-HB | San Antonio | Robert Hilliard (also filed mot. to dismiss) | None | Yes | None |
| Hernandez, Ruben | 2:04-CV-21133-HB | Houston | Oscar Cortez Oandasan | None | Yes | Booth, Fitzgerald, Clark |
| Herring, Audra L. | 2:04-CV-20891-HB | Fort Worth | Samuel L. Gladney | None | Yes | Maddox, Rylee |
| Hinojosa, Diana | 2:03-CV-20464-HB | San Antonio | None | None | Yes | None |
| Hinojosa, Dolores V. | 2:03-CV-20512-HB | San Antonio | Homero Rodriguez-Juarez (filed mot. to dismiss as well) | None | None | None |
| Hinojosa, Freddy | 2:03-CV-20442-HB | San Antonio | Ernesto Cantu | None | Yes | None |
| Hitt, M. Diane | 2:04-CV-20820-HB | Fort Worth | Bryan A. Manning (also filed mot. to dismiss) | None | Yes | Boudreaux, Strazzulla Roheim |
| Hodges, Georganne | 2:04-CV-21144-HB | Houston | Leo J. Borrell | None | Yes | Falke, Herren Pavelec, Lorch |
| Holle, Shirley Kay | 2:04-CV-21051-HB | Houston | David W. Spinks | None | Yes | None |
| Horne, Sandra | 2:04-CV-20808-HB | Houston | John S. Stafford | None | Yes | Honeycutt, Lindsey, Howard |
| Horton, Vicki | 2:04-CV-20862-HB | Fort Worth | Otto Frederick Puempel, Fred V. Colby | None | Yes | Boudreaux, Strazzulla Roheim |
| Houston, Laura Jean | 2:04-CV-20407-HB | Houston | Jerome Borochoff | None | None | Falke, Lorch |
| Howard, Patsy R. | 2:04-CV-20262-HB | Houston | Oscar Cortez Oandasan | None | Yes | Booth, Fitzgerald, Clark |
| Howell, Sally A. | 2:04-CV-20455-HB | San Antonio | None | None | None | None |
| Huenerberg, Peggy | 2:04-CV-20924-HB | Houston | David G. Carpenter | None | Yes | Abshire |
| Hunt, Paula J. | 2:03-CV-20401-HB | Houston | (William H. Couch dism'd on 8/13/04 in PTO 3857) | None | Yes | Adams, Virgilio Cray |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Plent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Hurt, Nancy | 2:03-CV-20477-HB | San Antonio | None | None | None | None |
| Hutchens, Mary | 2:04-CV-20827-HB | Fort Worth | Linus Miller | None | Yes | Crum, Menzies |
| Hutchinson, Rosie L. | 2:04-CV-20873-HB | Fort Worth | Michael Cherkasskiy | None | Yes | Sneider, Edmondson, Bodenhamer |
| Huth, Sigrid E. | 2:03-CV-20409-HB | Houston | Kenneth Landgraf | None | Yes | Stewart |
| Iannacone, Gail | 2:03-CV-20414-HB | Houston | Diana Fite | None | None | Falke, Lorch |
| Ingram, Phyllis | 2:04-CV-20868-HB | Fort Worth | Michael Cherkasskiy | None | Yes | Sneider, Edmondson, Bodenhamer |
| Isbell, Earleen | 2:04-CV-20888-HB | Fort Worth | Don Warren, Keith Harbour | None | Yes | Maddox, Rylee, Graviey |
| Ishikawa, Tira | 2:04-CV-20921-HB | Houston | None | None | Yes | None |
| Ivy, Judy | 2:03-CV-20511-HB | San Antonio | Linda Welch (also filed mot. to dismiss) | None | Yes | None |
| Jackson, Carol | 2:03-CV-20404-HB | Houston | Julio Arauz | None | None | None |
| Jackson, Frances T. | 2:04-CV-21049-HB | Dallas | Kenneth C. Killen | None | None | Dill, Malloy, Urschler |
| Jackson, Terri | 2:04-CV-20886-HB | Fort Worth | None | None | Yes | None |
| Jenkins, Brenda B. | 2:04-CV-20821-HB | Fort Worth | Otto Frederick Puempel | None | Yes | Boudreaux, Edmondson, Strazzulla Roheim |
| Jensen, Bobbie | 2:04-CV-20604-HB | Dallas | Robert Y. Fong | None | Yes | Sneider, Brink, Mueller |
| Jinkins, Dorothy | 2:04-CV-20250-HB | Houston | None | None | None | None |
| Johnson, Alice | 2:04-CV-20916-HB | Fort Worth | Bryant A. Manning | None | Yes | Boudreaux, Strazzulla Roheim |
| Johnson, Carmen R. | 2:04-CV-20908-HB | Fort Worth | Samuel C. Hoover | None | Yes | Sneider, Maddox |
| Johnson, Carol Lynn B. | 2:03-CV-20457-HB | San Antonio | Frank M. Chalaire | None | Yes | None |
| Johnson, Lynda | 2:04-CV-20896-HB | Fort Worth | Michael Iversen | None | Yes | Boudreaux |
| Johnson, Renna | 2:04-CV-20917-HB | Fort Worth | None | None | Yes | None |
| Johnson, Robert | 2:04-CV-21379-HB | Houston | Bruce E. Barnum | None | Yes | None |
| Johnson, Sara A. | 2:03-CV-20463-HB | San Antonio | Eugenio Chinea | None | None | None |
| Johnson, Vickie L. | 2:04-CV-20813-HB | Houston | David R. Armbruster | None | Yes | Honeycutt, Lindsey, Howard |
| Joiner, Jane | 2:03-CV-20598-HB | Fort Worth | Harvey Johnson, Alvin Lostetter | None | Yes | Sneider, Christensen, Anthony |
| Jones, Lance | 2:04-CV-20896-HB | Fort Worth | John D. Gabriel | None | Yes | Maddox, Rylee |
| Jones, Mary Ann | 2:04-CV-21378-HB | Houston | William E. Powell, II | None | Yes | Blevins, Ellis, Honeycutt, Lindsey, Howard |
| Jordan, Judy Ann | 2:04-CV-21131-HB | Houston | Terri L. Eckert (also filed mot. to dismiss) | None | Yes | None |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Kay, Debra | 2:04-CV-20870-HB | Fort Worth | Sheila K. Horsley, David Hankins, Craig Whitcomb | None | Yes | Boudreaux, Strazzulla Roheim, Marshall |
| Keeling, Sheryl D. | 2:03-CV-20399-HB | Houston | Jay L. Mont (also filed mot. to dismiss) | None | Yes | None |
| Kilnar, Julius | 2:04-CV-20927-HB | Houston | Joseph Segel | None | None | Falke, Lorch |
| King, Robbie D. | 2:04-CV-20745-HB | Houston | Douglas Wheeler | None | None | Blevins |
| King, Sheryl | 2:04-CV-21130-HB | Houston | Anthony O'Dwyer | None | Yes | Honeycutt, Lindsey, Howard |
| Knolley, Karen B. | 2:04-CV-20354-HB | Houston | Wesley Palmer | None | None | Chiasson, Phillips, Lofstrom, Rajabi |
| Knowlton, Marilyn | 2:04-CV-20884-HB | Fort Worth | None | None | Yes | None |
| Knox, John | 2:04-CV-20884-HB | Fort Worth | Karl Erwin, Aziz A. Klavon | None | Yes | Brink, Mueller |
| Lagway, Eddie R. | 2:04-CV-20624-HB | Houston | Larry A. Richardson | None | Yes | Dulihan, Herren Pavelec |
| Lane, Cheryl | 2:04-CV-21132-HB | Houston | None | None | None | Honeycutt, Lindsey, Howard |
| Lane, King | 2:03-CV-20397-HB | Houston | (Larry A. Richardson dism'd on 7/28/04 in PTO 3857) | None | None | Dulihan, Herren Pavelec |
| Law, Katherine | 2:04-CV-20266-HB | Houston | Anthony Scott Rogers | None | Yes | Booth, Fitzgerald, Clark |
| Lennon, Evelyn L. | 2:04-CV-21136-HB | Houston | Irvin F. Sabrsula, Jr. | None | Yes | Booth, Fitzgerald, Clark |
| Leslie, Rozena | 2:04-CV-20901-HB | Fort Worth | Somsri Griffin | None | Yes | Mackie |
| Lessing, Joyce A. | 2:03-CV-20520-HB | San Antonio | Belinda Padilla (also filed mot. to dismiss) | None | Yes | None |
| Lexie, Annie | 2:04-CV-20318-HB | Houston | Harvey H. Randolph, Jr. | None | Yes | Chiasson, Phillips, Lofstrom, Rajabi |
| Lindeman, Gayle | 2:04-CV-21389-HB | Houston | Dale L. Messer | None | None | Honeycutt, Lindsey, Howard |
| Lindsey, Linda G. | 2:04-CV-21374-HB | Houston | John S. Stafford | None | Yes | Honeycutt, Lindsey, Howard |
| Long, Halima | 2:04-CV-20379-HB | Houston | Wesley Palmer | None | Yes | Chiasson, Phillips, Lofstrom, Rajabi |
| Love, Joyce | 2:04-CV-20912-HB | Fort Worth | Brian J. Caplan (also filed mot. to dismiss) | None | Yes | Boudreaux, Strazzulla Roheim |
| Lovelady, Joyce | 2:04-CV-20842-HB | Fort Worth | Michael Seibel | None | Yes | Sneider, Gravley, Medley, Kovalcik Stubbs, Bodenhamer |
| Magnuson, Doris | 2:04-CV-20860-HB | Fort Worth | Robert C. Kent | None | Yes | Boudreaux, Strazzulla Roheim |
| Manning, Barbara | 2:04-CV-20249-HB | Houston | None | None | Yes | None |
| Martin, Dianne | 2:04-CV-20510-HB | Houston | Darrell A. Griffin | None | Yes | None |

9

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Plaint Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| **A** | **B** | **C** | | **E** | **F** | **G** | **H** |
| Mathews, Bruce | 2:04-CV-20246-HB | Houston | None | None | Yes | Booth, Fitzgerald, Clark |
| Mathews, Glynis | 2:04-CV-20263-HB | Houston | Oscar Cortez Oandasan | None | Yes | Booth, Fitzgerald, Clark |
| Mayfield, Betty | 2:04-CV-20824-HB | Fort Worth | Michael Cherkassky | None | Yes | Sneider, Edmondson, Bodenhamer |
| Mayhew, Maria | 2:03-CV-20607-HB | San Antonio | Larry Baros | None | Yes | None |
| McCabe, Katherine | 2:04-CV-20879-HB | Fort Worth | Walter Geyer | None | Yes | Gravley, Medley, Kovalcik Stubbs |
| McClelland, Wanda | 2:04-CV-20378-HB | Houston | Sei Chang Oh | None | Yes | Chiasson, Phillips, Lofstrom, Rajabi |
| McClellon, Lenetta I. | 2:03-CV-20597-HB | Fort Worth | Billy Houston Puryear | None | Yes | Boudreaux, Strazzulla Roheim |
| McDaniel, Dale | 2:03-CV-20471-HB | San Antonio | None | None | Yes | None |
| McDuff, Carolyn | 2:04-CV-20486-HB | Dallas | Carlton K. Clarke | None | Yes | Decapua, Menzies |
| McGee, Cynthia | 2:04-CV-20872-HB | Fort Worth | Patricia Kaczmarski | None | Yes | McDougal Gossom, Sage Berndt |
| McGrew, Ronda | 2:04-CV-20839-HB | Fort Worth | None | None | None | None |
| McInnis, Melissa | 2:04-CV-20841-HB | Fort Worth | James Watts | None | Yes | Bairrington, Devos |
| McKinney, Debra | 2:04-CV-21991-HB | Houston | Cornelia Agent | None | None | Honeycutt, Lindsey, Howard |
| McMurrin, Jeannine | 2:04-CV-20240-HB | Houston | Carl Jacob Fuchs | None | Yes | Honeycutt, Lindsey, Howard |
| Menchaca-Votion, Dora | 2:03-CV-20438-HB | San Antonio | Arturo Marroquin | None | Yes | None |
| Menier-Webb, Lynda | 2:04-CV-20317-HB | Houston | Harvey H. Randolph, Jr. | None | Yes | Blevins, Chiasson, Phillips, Lofstrom, Rajabi |
| Metoyer-Rogue, Clair | 2:04-CV-20290-HB | Houston | Jay L. Mont | None | Yes | Heron Pavelec |
| Meyer, Elizabeth J. | 2:04-CV-20791-HB | Houston | William E. Powell, II | None | Yes | Blevins, Ellis, Honeycutt, Lindsey, Howard |
| Mickel, Gary | 2:04-CV-20909-HB | Fort Worth | Walter Geyer | None | Yes | Gravley, Medley, Kovalcik Stubbs |
| Mickish, Margaret W. | 2:03-CV-20445-HB | San Antonio | None | None | None | None |
| Miculka, Sandra | 2:04-CV-21383-HB | Houston | Cornelia Agent | None | Yes | Honeycutt, Lindsey, Howard |
| Miles, Karen | 2:04-CV-20485-HB | Dallas | Andrew Burke | None | Yes | Dill, Malloy, Urschler, Hammonds |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Minton, K. Joyce | 2:04-CV-20811-HB | Houston | None | None | Yes | Mandola, Hassenboehler, Labbe |
| Mitchell, Betty | 2:03-CV-20454-HB | San Antonio | None | None | Yes | None |
| Molter, Eleanor J. | 2:03-CV-20510-HB | San Antonio | None | None | Yes | None |
| Monkres, Clint | 2:04-CV-20853-HB | Fort Worth | Shing Pang | None | None | Sneider, Strazzulla Roheim |
| Moon-Wily, Patricia | 2:04-CV-20563-HB | Dallas | William R. Boone (also filed mot. to dismiss) | None | Yes | None |
| Morella, Louis | 2:03-CV-20350-HB | Houston | Jerome Borochoff | None | Yes | None |
| Morgan, Kay | 2:04-CV-21616-HB | Houston | Pat Prapan | None | Yes | McWhorter |
| Morgan, Shelly | 2:04-CV-20482-HB | Fort Worth | Otto Frederick Puempel | None | Yes | Boudreaux, Edmondson, Strazzulla Roheim |
| Morris, Patricia A. | 2:03-CV-20474-HB | San Antonio | Vijay Koli (also filed mot. to dismiss) | None | Yes | None |
| Munoz, Joe A. | 2:04-CV-20794-HB | Houston | Lewis R. Gottlieb | None | Yes | Dullban, Lammons |
| Muse, Patsy W. | 2:04-CV-20902-HB | Fort Worth | Arnold J. Morris | None | Yes | Boudreaux, Strazzulla Roheim |
| Neathery, Bonnie | 2:04-CV-20874-HB | Fort Worth | Kathryn Pifer | None | Yes | Maddox, Rylee |
| Nelson, Robin | 2:04-CV-20588-HB | Fort Worth | Tamara Kay Handby | None | Yes | Graviey, Medley, Kovalcik Stubbs |
| Nicholls, Tanzee Lee | 2:04-CV-20235-HB | Houston | None | None | Yes | None |
| Niedenhofer, Mamie | 2:03-CV-20391-HB | Houston | Carlos J. Gonzalez | None | Yes | None |
| Nieto, Stella | 2:04-CV-21594-HB | Houston | Louis Bond Hughes | None | Yes | Fitzgerald |
| Noe, Dorothy | 2:04-CV-20881-HB | Fort Worth | David Pettey | None | Yes | Bodenhamer, McDougal Gossom |
| Nolte, Patricia | 2:04-CV-21372-HB | Houston | Carl Jacob Fuchs | None | Yes | Honeycutt, Lindsey, Howard |
| Oldham, Kathryn S. | 2:04-CV-20852-HB | Fort Worth | Michael Cherkassky | None | None | Sneider, Edmondson, Bodenhamer |
| Orem, Barbara | 2:04-CV-20241-HB | Houston | None | None | Yes | None |
| Ornelas, Joyce L. | 2:03-CV-20508-HB | San Antonio | Bruce Addison | None | None | None |
| Pardue, Virgie R. | 2:04-CV-20863-HB | Fort Worth | William Howard | None | None | Poynter, Kasten |
| Pate, Lucy G. | 2:04-CV-20238-HB | Houston | Ranga R. Kattegummula | None | Yes | Booth, Fitzgerald, Clark |
| Pawlik, Beverly L. | 2:03-CV-20461-HB | San Antonio | None | None | None | None |
| Payne-Taylor, Stephanie | 2:04-CV-20878-HB | Fort Worth | Samuel L. Gladney, Keith Harbour | None | Yes | Maddox, Riley, Graviey |

11

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Plantf Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Pena, Diane S. | 2:03-CV-20476-HB | San Antonio | Joe D. Hymer | None | Yes | None |
| Peoples, Constance | 2:04-CV-20888-HB | Fort Worth | Sheila K. Horsley | None | Yes | Boudreaux, Strazzulla Roheim |
| Peters, Deborah S. | 2:03-CV-20468-HB | San Antonio | Michael Heistand | None | Yes | None |
| Philen, Melba | 2:04-CV-20380-HB | Houston | Wesley Palmer | None | Yes | Chiasson, Phillips, Lofstrom, Rajabi |
| Philpot, Patricia | 2:04-CV-20849-HB | Fort Worth | (John R. Woodward dism'd by stipulation on 5/14/04) | None | Yes | Christensen |
| Pickett, Virginia M. | 2:04-CV-20270-HB | Houston | Sudarsana K. Reddy | None | Yes | Fitzgerald |
| Pinkley, Mary H. | 2:04-CV-21593-HB | Houston | Juan Cavazos | None | Yes | Dulliban |
| Pipes, Katie | 2:04-CV-20257-HB | Houston | Oscar Cortez Oandasan | None | Yes | Fitzgerald, Clark |
| Pixley, Pamela | 2:04-CV-21145-HB | Houston | Lena R. Bruce | None | Yes | Honeycutt, Lindsey, Howard |
| Pool, Kathryn E. | 2:04-CV-20915-HB | Fort Worth | Randall Perkins | None | Yes | Maddox, Rylee, Edmondson |
| Pothier, Constance E. | 2:04-CV-20801-HB | Houston | Sheldon Rubenfeld | None | Yes | Herren Pavelec, Harkness Jackson, Pullin, Mandola, Hassenboehler Labbe |
| Prendergast, Mary Lou | 2:03-CV-20458-HB | San Antonio | Frank Sauceda | None | Yes | None |
| Pritchett, Linda L. | 2:04-CV-20880-HB | Fort Worth | Kathryn Pifer | None | Yes | Maddox, Rylee |
| Proctor, Thomas | 2:04-CV-21074-HB | Houston | Scott Bischoff | None | None | Mandola |
| Ramos, Rachel | 2:04-CV-20844-HB | Fort Worth | Michael Cherkasskiy | None | Yes | Sneider, Edmondson, Bodenhamer |
| Randall, Brenda | 2:04-CV-21138-HB | Houston | Sudarsana K. Reddy | None | Yes | Fitzgerald |
| Randle, Delores | 2:04-CV-20807-HB | Houston | Helmatha Ravi Iyer | None | Yes | Honeycutt, Lindsey, Howard |
| Reeves, Kristy | 2:04-CV-20312-HB | Houston | Wesley Palmer | None | Yes | Chiasson, Phillips, Lofstrom, Rajabi |
| Rhodes, Evelyna | 2:04-CV-20315-HB | Houston | None | None | None | Blevins, Chiasson, Phillips |
| Rhodes, Sylvia | 2:04-CV-20311-HB | Houston | Wesley Palmer | None | Yes | Chiasson, Phillips, Lofstrom, Rajabi |
| Richard, Jeanette | 2:04-CV-20316-HB | Houston | Harvey H. Randolph, Jr. | None | Yes | Blevins, Chiasson, Phillips, Lofstrom, Rajabi |
| Richardson, Paulette | 2:04-CV-20834-HB | Fort Worth | Audrey Jones | None | Yes | Bodenhamer |
| Rigby, Sharon | 2:04-CV-20803-HB | Houston | John S. Stafford | None | Yes | Honeycutt, Lindsey, Howard |
| Riley, Marsha | 2:04-CV-20843-HB | Fort Worth | Bennett T. Gardner | None | Yes | Sneider |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Plntf Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Riley, Susan R. | 2:04-CV-20938-HB | Houston | Stephen D. Fillman | None | Yes | Dullban, Adams, Virgilio Cray |
| Riojas, Sylvia | 2:04-CV-20903-HB | Fort Worth | Dennis L. Lehman | None | Yes | Grawley, Kovalcik Stubbs |
| Rivera, Angelina | 2:04-CV-20932-HB | Houston | Cora Jennis Tucker | None | Yes | None |
| Rivera, Evelyn | 2:04-CV-20252-HB | Houston | Ronald Pucillo | None | Yes | Herren Pavelec, Harkness Jackson, Pullin, Cox |
| Robberson, Annette | 2:04-CV-20893-HB | Fort Worth | Edward Guinn (also filed mot. to dismiss) | None | Yes | Boudreaux, Strazzulla Roheim |
| Robinson, Ellen J. | 2:04-CV-20802-HB | Houston | Dorothy F. Merritt | None | Yes | Dullban, Honeycutt, Lammons |
| Rockwell, Edna | 2:04-CV-20828-HB | Fort Worth | Michael Cherkassky | None | Yes | Sneider, Edmondson, Bodenhamer |
| Rodriguez, Margaret | 2:03-CV-20439-HB | San Antonio | Daniel Martinez | None | Yes | None |
| Rodriguez, Maria | 2:04-CV-20251-HB | Houston | Julius H. Bertheau | None | None | Fitzgerald, Clark |
| Rogers, Beverly A. | 2:04-CV-20809-HB | Houston | Dorothy F. Merritt | None | Yes | Honeycutt, Lindsey, Howard |
| Rogers, Margaret | 2:04-CV-21392-HB | Houston | Jerome L. Armbruster | None | Yes | Honeycutt, Lindsey, Howard |
| Rogers, Nancy Kay | 2:04-CV-20890-HB | Fort Worth | Mary F. Stone | None | Yes | Bodenhamer |
| Rollings, Deanna | 2:03-CV-20467-HB | San Antonio | Homero Rodriguez-Juarez (filed mot. to dismiss as well) | None | Yes | None |
| Romanowski, Arlene | 2:04-CV-20455-HB | Fort Worth | Julius H. Bertheau | None | Yes | Booth, Fitzgerald, Clark |
| Romero, Gloria V. | 2:04-CV-20530-HB | Dallas | George B. Clark | None | Yes | Virgillo Cray, Kasten, Harty |
| Rosener, Lana G. | 2:04-CV-21065-HB | Houston | A.L. McLeod | None | None | Roluts, Abshire |
| Russell, Erma D. | 2:04-CV-21058-HB | Houston | Michael C. Scally | None | Yes | None |
| Rutland, Debra | 2:03-CV-20444-HB | San Antonio | None | None | Yes | None |
| Salazar, Gloria | 2:04-CV-20313-HB | Houston | Jay C. Proctor, III (also filed mot. to dismiss) | None | Yes | Chiasson, Phillips, Lofstrom, Rajabi |
| Sampley, Gail | 2:04-CV-20355-HB | Houston | Jay C. Proctor, III (also filed mot. to dismiss) | None | None | Chiasson Phillips, Lofstrom, Rajabi |
| Samz, Phyllis N. | 2:04-CV-21341-HB | Houston | Hal Browning Boone, Jr. | None | Yes | (Lindsey & Howard dism'd sua sponte) |
| Sarpy, Donna | 2:04-CV-20797-HB | Houston | Dorothy F. Merritt | None | Yes | Honeycutt, Lindsey, Howard |
| Schatz, Cynthia | 2:03-CV-20469-HB | Houston | None | None | Yes | None |
| Schleuse, Damon | 2:04-CV-20887-HB | Fort Worth | None | None | Yes | None |
| Seifert, Janice A. | 2:04-CV-20914-HB | Fort Worth | None | None | None | None |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| **A** | **B** | **C** | **E** | **F** | **G** | **H** |
| Shaw, Darlene | 2:04-CV-20829-HB | Fort Worth | Billy Houston Puryear | None | Yes | Boudreaux, Strazzulla Roheim |
| Shears, Alberta | 2:04-CV-20900-HB | Fort Worth | Peter J. Damico (also filed mot. to dismiss) | None | Yes | Bodenhamer, McDougal Gosson, Sage Berndt |
| Simpson, Wanda S. | 2:04-CV-20452-HB | Fort Worth | Norman Ingebrigtsen | None | Yes | Maddox, Rylee |
| Sims, Dana | 2:04-CV-20920-HB | Houston | William H. Couch | None | Yes | Dulliban, Adams, Virgilio Cray |
| Smith, Denetra L. | 2:04-CV-21150-HB | Houston | Carl Jacob Fuchs | None | None | Honeycutt, Lindsey, Howard |
| Smith, Lela | 2:04-CV-21128-HB | Houston | Lina T. Bautista | None | Yes | Booth, Fitzgerald, Clark |
| Smith, Rudolph | 2:03-CV-20440-HB | San Antonio | Manuel Quinones (also filed mot. to dismiss) | None | Yes | None |
| Soler, Ruth | 2:04-CV-20810-HB | Houston | William E. Powell, II | None | Yes | Blevins, Ellis, Honeycutt, Lindsey, Howard |
| Sotello, Wanda | 2:03-CV-20465-HB | San Antonio | Belinda Padilla (also filed mot. to dismiss) | None | Yes | None |
| Spencer, Carolyn A. | 2:04-CV-20855-HB | Fort Worth | David Beyers | None | Yes | Gravley |
| Spikes, Mary L. | 2:04-CV-21376-HB | Houston | John D. Dang | None | None | Honeycutt |
| Spurlock, Bridgette | 2:04-CV-20876-HB | Fort Worth | Billy G. Mills | None | Yes | Sneider, Crum, Decapua, Menzies |
| St. John, Tracy | 2:04-CV-20454-HB | Fort Worth | Patrick Joseph Kirlin | None | Yes | Sneider, Boudreaux, Strazzulla Roheim |
| Stephens, Barbara Jean | 2:04-CV-20846-HB | Fort Worth | Otto Frederick Puempel | None | Yes | None |
| Stull, Paula R. | 2:04-CV-20816-HB | Houston | Lena R. Bruce | None | Yes | Honeycutt, Lindsey, Howard |
| Talercio, Cheryl K. | 2:03-CV-20432-HB | San Antonio | Richard Speedlin | None | Yes | None |
| Taylor, Betty Jane | 2:04-CV-20897-HB | Fort Worth | None | None | Yes | Gravley, Medley |
| Tetts, Jennifer | 2:04-CV-20833-HB | Fort Worth | Eric Concors | None | Yes | Maddox |
| Thibodeaux, Janis C. | 2:04-CV-20552-HB | Houston | Paul A. Schmidt | Yes: Daleo Pharmacy | Yes | Chiasson, Phillips, Lofstrom, Rajabi |
| Tholen, Kevin D. | 2:04-CV-20812-HB | Houston | Xun Zhao | None | None | None |
| Thompson, Angelita Nava | 2:03-CV-20481-HB | San Antonio | Theodore F. Botkin (also filed mot. to dismiss) | None | Yes | None |
| Thompson, Charlotte | 2:04-CV-20453-HB | Fort Worth | Larry G. Padget, William R. West | None | Yes | Bodenhamer, McDougal Gosson, Sage Berndt |
| Tipton, Trisha | 2:04-CV-20907-HB | Fort Worth | Arthur L. Raines | None | Yes | Sneider, Gravley, Edmondson, Kovalcik Stubbs |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | Phent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|
| A | B | C | E | F | G | H |
| Titus, Gwen | 2:04-CV-20352-HB | Houston | Lewis R. Gottlieb | None | Yes | Dullban, Lammons |
| Tomlin, Hyrice B. | 2:04-CV-20883-HB | Fort Worth | Loraine Nadine Yeoham (also filed mot. to dismiss) | None | Yes | Bodenhamer, McDougal Gossom, Sage Berndt |
| Tompkins, Mary | 2:04-CV-21069-HB | Houston | None | None | Yes | None |
| Toney, David | 2:04-CV-21142-HB | Houston | Michael C. Scally | None | Yes | Falke, Herren Pavelec |
| Townley, Debbie K. | 2:04-CV-21077-HB | Houston | None | None | None | None |
| Townsend, Tracy L. | 2:03-CV-20441-HB | San Antonio | Michael Dorsa | None | Yes | None |
| Treadway, Virginia | 2:04-CV-20837-HB | Fort Worth | Randall Perkins | None | Yes | Maddox, Rylee, Edmondson |
| Trivett, Marti | 2:04-CV-20851-HB | Fort Worth | Elizabeth Rohr-Saunders | None | Yes | Rylee, Gravley |
| Tryon, Sandra | 2:04-CV-21079-HB | Houston | Lynn Gibbs | None | Yes | Lorch, Honeycutt |
| Tuttle, Darleen A. | 2:04-CV-20806-HB | Houston | Michael C. Scally | None | Yes | Falke, Herren Pavelec |
| Vega, LaDonna Richelle | 2:04-CV-20836-HB | Fort Worth | Michael Seibel | None | None | Sneider, Gravley, Medley, Kovalcik Stubbs, Bodenhamer |
| Wales, Belinda | 2:04-CV-20913-HB | Fort Worth | Hubert Gibson | None | Yes | Boudreaux |
| Walker, Jonnie | 2:04-CV-20857-HB | Fort Worth | None | None | None | None |
| Wallace, Mary Kay | 2:04-CV-20265-HB | Houston | Arthur T. Hadley, III | None | Yes | Falke, Lorch, Herren Pavelec |
| Walston, Linda | 2:03-CV-20459-HB | San Antonio | Douglas C. Smith (also filed mot. to dismiss) | None | Yes | None |
| Walters, Brenda L. | 2:04-CV-20480-HB | Fort Worth | Olin Teague Smyth, Jr. (also filed mot. to dismiss) | None | None | Gravley, Medley, Kovalcik Stubbs |
| Ward, Linda R. | 2:04-CV-20847-HB | Fort Worth | Gilbert Ledesma | None | Yes | Boudreaux, Strazzulla Roheim |
| Washington, Robyn Y. | 2:03-CV-20351-HB | Houston | Stephen D. Fillman (also filed mot. to dismiss) | None | None | None |
| Watson, Carla J. | 2:04-CV-20823-HB | Fort Worth | Samuel C. Hoover | None | Yes | Sneider, Maddox |
| Watts, Frances | 2:04-CV-20264-HB | Houston | Bhuvaneswari R. Chinnappan | None | None | Honeycutt |
| Weinel, Clarissa Jo | 2:04-CV-20414-HB | Houston | Jerry W. Loving, Ray Anders Denson | None | None | Reeves Snapka, Weinbaum, Rolufs, Abshire, Herren Pavelec, Newhouse |
| Westerman, Jeannette | 2:04-CV-20795-HB | Houston | Dorothy F. Merritt | None | Yes | Honeycutt |
| White, Lashanta | 2:04-CV-20885-HB | Fort Worth | David F. Lee | None | Yes | Boudreaux, Strazzulla Roheim |
| White, Sharon | 2:04-CV-20831-HB | Fort Worth | H. Thomas Willard | None | Yes | Sneider, Gravley, Medley, Kovalcik Stubbs |
| White-Ward, Debra Kay | 2:04-CV-20825-HB | Fort Worth | Gary D. Wolf | None | Yes | Boudreaux, Strazzulla Roheim |

APPENDIX 1 - Wyeth's Consolidated Motion to Dismiss Fraudulently Joined Defendants

| Plaintiff | MDL Cause No. | Publicity | Physician Defendants | Pharmacy Defendants | | Phent Ds | Detailer Ds in addition to Lacy & Bedrick |
|---|---|---|---|---|---|---|---|
| **A** | **B** | **C** | **E** | **F** | **G** | | **H** |
| Wilkins, Celestine | 2:04-CV-20204-HB | Dallas | None | None | | None | Christensen |
| Wilks, Jan M. | 2:04-CV-20796-HB | Houston | Charles H. Hudson, III | None | | Yes | Honeycutt |
| Williams, Denise | 2:04-CV-20248-HB | Houston | Michael C. Scally | None | | Yes | Falke, Herren Pavelec |
| Williams, Ernestine | 2:04-CV-20830-HB | Fort Worth | Michael P. Seeley | None | | None | None |
| Williams, Reginald R. | 2:04-CV-20856-HB | Fort Worth | Russell Wayne Phillips | None | | Yes | Maddox, Rylee, Boudreaux |
| Willis, Jimmie S. | 2:04-CV-20353-HB | Houston | Wesley Palmer | None | | None | Chiasson, Phillips, Lofstrom, Rajabi |
| Wood, Dana L. | 2:04-CV-20848-HB | Fort Worth | Dennis L. Lehman, Robert Shaw (Dr. Shaw also filed mot. to dismiss) | None | | Yes | Gravley, Medley, Kovalcik Stubbs |
| Wood, Dolores L. | 2:04-CV-20832-HB | Fort Worth | Howard J. Lang | None | | Yes | Maddox |
| Woods, Bill | 2:04-CV-21386-HB | Houston | Wanda P. Spuhler | None | | None | Honeycutt, Lindsey, Howard |
| Woods, Mary K. | 2:04-CV-21141-HB | Houston | Wanda P. Spuhler | None | | Yes | Honeycutt, Lindsey, Howard |
| Wreyford, Fay Minnie | 2:04-CV-20799-HB | Houston | John S. Stafford | None | | Yes | Honeycutt, Lindsey, Howard |
| Wyrick, Patti | 2:03-CV-20528-HB | San Antonio | None | None | | Yes | None |
| Yarbrough, Gayle | 2:03-CV-20793-HB | Houston | John S. Stafford | None | | Yes | Honeycutt, Lindsey, Howard |
| Young, Loretta L. | 2:03-CV-21610-HB | Houston | Gonzalo Uribe-Botero, Kathryn Cooke | None | | None | Harkness Jackson, Pullin, Tyrrell, Cox |
| Zapalac, Mary | 2:03-CV-21134-HB | Houston | Robert E. Ham | None | | Yes | Honeycutt, Lindsey, Howard |